**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHCROSS ENERGY PARTNERS, L.P., | ) | Case No. 19-10702 (MFW) |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 7, 2019 AT 11:00 A.M. (EASTERN TIME)**

<u>RESOLVED/ADJOURNED MATTERS</u>

1.    Motion of Debtors for Entry of an Order (I) Waiving the Requirements to File Equity Lists and to Provide Notice to Equity Security Holders and (II) Authorizing Debtors to File a Consolidated List of Debtors' 20 Largest Unsecured Creditors (D.I. 5; Filed 4/1/19).

    <u>Objection Deadline</u>:  April 17, 2019 at 4:00 p.m. (ET).

    <u>Repsonses Received</u>: Informal comments from the U.S. Trustee.

    <u>Related Pleadings</u>:

    a)    Interim Order Waiving the Requirements to Provide Notice to Equity Security Holders; and Final Order (A) Waiving the Requirement to File Equity Lists and (B) Authorizing Debtors to File a Consolidated List of Debtors' 20 Largest Unsecured Creditors (D.I. 73, Entered 4/3/19); and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976).  The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2]    **Amended items appear in bold.**

b)      Amended Final Order (A) Waiving the Requirement to File Equity Lists and (B) Authorizing Debtors to File a Consolidated List of Debtors' 20 Largest Unsecured Creditors (D.I. 149, Entered 4/24/19).

Status:  A final order has been signed.  No hearing is necessary.

2.      Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, and Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance (D.I. 6; Filed 4/1/19).

Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET).

Related Pleadings:

a)      Interim Order (I) Prohibiting Utilities from Altering, Refusing, and Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance (D.I. 51, Entered 4/2/19); and

b)      Final Order (I) Prohibiting Utilities from Altering, Refusing, and Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance (D.I. 142, Entered 4/23/19).

Status:  A final order has been signed.  No hearing is necessary.

3.      Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue and Renew Their Liability, Property, Casualty, and Other Insurance Programs and Honor All Obligations in Respect Thereof and (II)  Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 7; Filed 4/1/19).

Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET).

Related Pleadings:

a)      Interim Order Authorizing (I) Debtors to Continue and Renew Their Liability, Property, Casualty, and Other Insurance Programs and Honor All Obligations in Respect Thereof and (II)  Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 52, Entered 4/2/19); and

b)      Final Order Authorizing (I) Debtors to Continue and Renew Their Liability, Property, Casualty, and Other Insurance Programs and Honor All Obligations in Respect Thereof and (II)  Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 138, Entered 4/23/19).

Status:  A final order has been signed.  No hearing is necessary.

4.     Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay
       Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial
       Institutions to Honor and Process Related Checks and Transfers (D.I. 8; Filed 4/1/19).

       Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET).

       Related Pleadings:

       a)     Interim Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes,
              Governmental Assessments, and Fees and (II) Financial Institutions to Honor and
              Process Related Checks and Transfers (D.I. 53, Entered 4/2/19); and

       b)     Final Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes,
              Governmental Assessments, and Fees and (II) Financial Institutions to Honor and
              Process Related Checks and Transfers (D.I. 137, Entered 4/23/19).

       Status:  A final order has been signed.  No hearing is necessary.

5.     Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to (A)
       Pay Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs
       and Pay Related Administrative Obligations, (II) Current and Former Employees to
       Proceed with Outstanding Workers' Compensation Claims, and (III) Financial
       Institutions to Honor and Process Related Checks and Transfers (D.I. 9; Filed 4/1/19).

       Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET), extended to April 22, 2019 at 4:00
       p.m. (ET) for the Office of United States Trustee for the District of Delaware (the "**U.S.
       Trustee**").

       Responses Received: Informal comments from the U.S. Trustee.

       Related Pleadings:

       a)     Interim Order Authorizing (I) Debtors to (A) Pay Prepetition Employee
              Obligations and (B) Maintain Employee Benefits Programs and Pay Related
              Administrative Obligations, (II) Current and Former Employees to Proceed with
              Outstanding Workers' Compensation Claims, and (III) Financial Institutions to
              Honor and Process Related Checks and Transfers (D.I. 54, Entered 4/2/19);

       b)     Supplemental Declaration of Michael B. Howe in Support of Motion of Debtors
              for Entry of Interim and Final Orders Authorizing (I) Debtors to (A) Pay
              Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs
              and Pay Related Administrative Obligations, (II) Current and Former Employees
              to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial

Institutions to Honor and Process Related Checks and Transfers (D.I. 100, Filed 4/16/19); and

c)  Final Order Authorizing (I) Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 141, Entered 4/23/19).

Status:  A final order has been signed. No hearing is necessary.

6.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Prepetition Trade Claims in the Ordinary Course of Business, and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 10; Filed 4/1/19).

Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET).

Responses Received:

a)  Objection of Caterpillar Financial Corporation to Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Prepetition Trade Claims in the Ordinary Course of Business, and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 102, Filed 4/16/19); and

b)  Notice of Withdrawal of Docket Number 101 and 102 (D.I. 156, Filed 4/26/19).

Related Pleadings:

a)  Interim Order Authorizing (I) Debtors to Pay Prepetition Trade Claims in the Ordinary Course of Business, and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 55, Entered 4/2/19); and

b)  Final Order Authorizing (I) Debtors to Pay Prepetition Trade Claims in the Ordinary Course of Business, and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 164, Entered 4/29/19).

Status:  A final order has been signed.  No hearing is necessary.

7.  Motion of Debtors for Entry of Interim and Final Orders (I) Granting Administrative Expense Status to Debtors' Undisputed Obligations to Vendors Arising from the Post-Petition Delivery of Goods Ordered Prepetition, (II) Authorizing Debtors to Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, and (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 11; Filed 4/1/19).

Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET).

Related Pleadings:

a)      Interim Order (I) Granting Administrative Expense Status to Debtors' Undisputed Obligations to Vendors Arising from the Post-Petition Delivery of Goods Ordered Prepetition, (II) Authorizing Debtors to Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, and (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 56, Entered 4/2/19); and

b)      Final Order (I) Granting Administrative Expense Status to Debtors' Undisputed Obligations to Vendors Arising from the Post-Petition Delivery of Goods Ordered Prepetition, (II) Authorizing Debtors to Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, and (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 139, Entered 4/23/19).

Status: A final order has been signed.  No hearing is necessary.

8.      Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Prepetition Claims of Gas Vendors and Other Lien Claimants and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 12; Filed 4/1/19).

Objection Deadline: April 16, 2019 at 4:00 p.m. (ET).

Related Pleadings:

a)      Interim Order Authorizing (I) Debtors to Pay Certain Prepetition Claims of Gas Vendors and Other Lien Claimants and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 57, Entered 4/2/19); and

b)      Final Order Authorizing (I) Debtors to Pay Certain Prepetition Claims of Gas Vendors and Other Lien Claimants and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 140, Entered 4/23/19).

Status: A final order has been signed.  No hearing is necessary.

9.      Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts, and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 13; Filed 4/1/19).

Objection Deadline: April 16, 2019 at 4:00 p.m. (ET).

Responses Received: Informal comments from the U.S. Trustee and J.P. Morgan Chase Bank, N.A.

Related Pleadings:

a)    Interim Order Authorizing (I) Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts, and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 58, Entered 4/2/19); and

b)    Final Order Authorizing (I) Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts, and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers (D.I. 136, Entered 4/23/19).

Status:  A final order has been signed. No hearing is necessary.

10.   Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date (D.I. 105, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)    Certificate of Counsel Regarding Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date (D.I. 172, Filed 5/2/19); and

b)    Order Granting Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date (D.I. 183, Entered 5/3/19).

Status:  An order has been signed. No hearing is necessary.

11.     Application of the Debtors for Authority to (I) Employ and Retain PricewaterhouseCoopers LLP as Tax Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 106, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)      Certificate of Counsel Regarding Application of the Debtors for Authority to (I) Employ and Retain PricewaterhouseCoopers LLP as Tax Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 173, Filed 5/2/19); and

b)      Order Approving Application of the Debtors for Authority to (I) Employ and Retain PricewaterhouseCoopers LLP as Tax Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 106, Entered 5/3/19).

Status:  An order has been signed. No hearing is necessary.

12.     Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 110, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)      Certificate of Counsel Regarding Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 174, Filed 5/2/19); and

b)      Order Approving Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 184, Entered 5/3/19).

Status:  An order has been signed. No hearing is necessary.

13.     Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 147, Filed 4/23/19).

        Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to June 5, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

        Status:  This matter has been adjourned to the omnibus hearing scheduled for June 12, 2019 at 11:30 a.m. (ET).

14.     Motion of Debtors for Extension of Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs (D.I. 148, Filed 4/23/19).

        Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET).

        Responses Received: None.

        Related Pleadings:

        a)      Certificate of No Objection Regarding Motion of Debtors for Extension of Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs (D.I. 171, Filed 5/2/19); and

        b)      Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs (D.I. 182, Entered 5/3/19).

        Status:  An order has been signed. No hearing is necessary.

MATTERS UNDER CERTIFICATION

15.     Application of the Debtors for Authority to (I) Employ and Retain Evercore Group L.L.C. as Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 107, Filed 4/16/19).

        Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 3, 2019 at 12:00 p.m. (ET) for the U.S. Trustee.

        Responses Received: Informal comments from the U.S. Trustee.

        Related Pleadings:

        a)      Supplemental Declaration of Stephen Hannan in Support of the Application of the Debtors for Authority to (I) Employ and Retain Evercore Group L.L.C. as

Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 186, Filed 5/3/19);

b)      Certificate of Counsel Regarding Application of the Debtors for Authority to (I) Employ and Retain Evercore Group L.L.C. as Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 187, Filed 5/3/19)**; and**

c)      **Order Approving Application of Debtors for Authority to (I) Employ and Retain Evercore Group L.L.C. as Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 192, Entered 5/6/19).**

Status:  **An order has been signed. No hearing is necessary.**

16.    Application of Debtors for Authority to (I) Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 108, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)      Supplemental Declaration of Ed Mosley in Support of the Application of Debtors for Authority to (I) Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 175, Filed 5/2/19);

b)      Certificate of Counsel Regarding Application of Debtors for Authority to (I) Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 176, Filed 5/2/19)**; and**

c)      **Order Approving Application of Debtors for Authority to (I) Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 193, Entered 5/6/19).**

Status:  **An order has been signed.  No hearing is necessary.**

17.     Debtors' Motion for Approval of Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (II) the Abandonment of Certain of the Debtors' Property (D.I. 109, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)      Certificate of Counsel Regarding Debtors' Motion for Approval of Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) the Abandonment of Certain of the Debtors' Property (D.I. 177, Filed 5/2/19)**; and**

b)      **Order Approving Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) the Abandonment of Certain of the Debtors' Property (D.I. 190, Entered 5/6/19).**

Status:  **An order has been signed.  No hearing is necessary.**

18.     Motion of Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 111, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)      Certificate of Counsel Regarding Motion of Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 180, Filed 5/2/19)**; and**

b)      **Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 194, Entered 5/6/19).**

Status:  **An order has been signed. No hearing is necessary.**

19.     Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 112, Filed 4/16/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to May 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: Informal comments from the U.S. Trustee.

Related Pleadings:

a)      Certificate of Counsel Regarding Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 178, Filed 5/2/18)**; and**

b)      **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 191, Entered 5/6/19).**

Status:  **An order has been signed.  No hearing is necessary.**

## MATTERS GOING FORWARD

20.     Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief (D.I. 14, Filed 4/1/19).

Objection Deadline:  April 16, 2019 at 4:00 p.m. (ET).

Responses Received:

a)      The County of Calhoun Central Appraisal District, Texas, and the County of Wharton, Texas' Objection To Debtors' Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief (D.I. 89, Filed 4/8/19);

        i.      Withdrawal of the County of Calhoun Central Appraisal District, Texas, and the County of Wharton, Texas' Objection To Debtors' Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-

Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief (D.I. 165, Filed 4/30/19);

b)    Objection of Caterpillar Financial Services Corporation to Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief (D.I. 101, Filed 4/16/19);

    i.    Notice of Withdrawal of Docket Numbers 101 and 102 (D.I. 156);

c)    Informal comments from certain local governmental entities that are (a) authorized by the State of Texas to assess and collect taxes and (b) represented by either the law firms of Linebarger Goggan Blair & Sampson, LLP or McCreary, Veselka, Bragg & Allen, P.C.;

d)    Informal comments from Vinson & Elkins LLP, counsel to Wells Fargo Bank, N.A., the administrative agent under Southcross's prepetition secured revolving credit facility; and

e)    Informal comments from Willkie Farr & Gallagher LLP, counsel to the post-petition lenders and an ad hoc group of prepetition lenders.

<u>Related Pleadings</u>:

a)    Notice of Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief (D.I. 69, Filed 4/2/19); and

b)    Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief (D.I. 59, Entered 4/2/19).

Status:  The Debtors have resolved all informal comments to the order.  This matter is going forward on an uncontested basis.

21.    Motion of Ivy Gonzalez, on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, the Estate of Jesus Gonzalez, Jr., Amy Gonzalez, Jesus Gonzalez, Sr., and Rene Elizondo for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 113, Filed 4/18/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET).

Responses Received:

a)    Debtors' Limited Objection to Motions for Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 113 & 116] (D.I. 166, Filed 4/30/19).

Related Pleadings:

a)    Order Granting Motion to Set Expedited Hearing Date and Shorten Notice Period with Respect to Motion of Ivy Gonzalez, on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, the Estate of Jesus Gonzalez, Jr., Amy Gonzalez, Jesus Gonzalez, Sr., and Rene Elizondo for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 133, Entered 4/22/19);

b)    Notice of Hearing and Objection Deadline Regarding Motion of Ivy Gonzalez, on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, the Estate of Jesus Gonzalez, Jr., Amy Gonzalez, Jesus Gonzalez, Sr., and Rene Elizondo for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 135, Filed 4/23/19); **and**

c)    **Certificate of Counsel Regarding Order Approving Stipulation between Debtors and (I) Ivy Gonzalez, on behalf of M.R.G. and M.N.G., Minor Children, and the Estate of Jesus Gonzalez, Jr., (II) Amy and Jesus Gonzalez, Sr., and (III) Rene Elizondo Modifying Automatic Stay (D.I. 195, Filed 5/6/19).**

Status: **A certificate of counsel resolving this matter has been filed.  No hearing is necessary.**

22.    Second Motion of Ivy Gonzalez, on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, the Estate of Jesus Gonzalez, Jr., Amy Gonzalez, Jesus Gonzalez, Sr., and Rene Elizondo for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 116, Filed 4/18/19).

Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET).

Responses Received:

a)      Debtors' Limited Objection to Motions for Relief from Automatic Stay Pursuant
         to Section 362(d) of the Bankruptcy Code [D.I. 113 & 116] (D.I. 166, Filed
         4/30/19).

Related Pleadings:

**a)      Certificate of Counsel Regarding Order Approving Stipulation between
         Debtors and (I) Ivy Gonzalez, on behalf of M.R.G. and M.N.G., Minor
         Children, and the Estate of Jesus Gonzalez, Jr., (II) Amy and Jesus
         Gonzalez, Sr., and (III) Rene Elizondo Modifying Automatic Stay (D.I. 195,
         Filed 5/6/19).**

Status:  **A certificate of counsel resolving this matter has been filed.  No hearing is
necessary.**

Dated: May **6**, 2019              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

*/s/       Joseph C. Barsalona II*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com

- and -

DAVIS POLK & WARDWELL LLP
Marshall S. Huebner (*pro hac vice* pending)
Darren S. Klein (*pro hac vice* pending)
Steven Z. Szanzer (*pro hac vice* pending)
Benjamin M. Schak (*pro hac vice* pending)
450 Lexington Avenue
New York, New York  10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
marshall.huebner@davispolk.com
darren.klein@davispolk.com
steven.szanzer@davispolk.com
benjamin.schak@davispolk.com

*Counsel for Debtors and Debtors in Possession*