# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | ) Case No. 19-10702 (MFW) |
| | ) Jointly Administered |
| Debtors.[1] | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 12, 2019 AT 11:30 A.M. (EASTERN TIME)

ADJOURNED/RESOLVED MATTERS

1. Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 147, Filed 4/23/19).

    Objection Deadline: April 30, 2019 at 4:00 p.m. (ET), extended to June 5, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

    Responses Received:

    a) The United States Trustee's Objection to the Debtors' Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 206, Filed 5/10/19).

    Related Pleadings: None.

    Status: This matter has been adjourned to the hearing on July 16, 2019 at 2:00 p.m. (ET).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

2. Application of Debtors for Authority to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 216, Filed 5/17/19).

   Objection Deadline:  May 31, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Application of Debtors for Authority to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 246, Filed 6/4/19); and

   b) Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 258, Entered 6/10/19).

   Status:  An order has been signed.  No hearing is necessary.

3. Motion of Debtors for Entry of an Order Approving Stipulation Between Debtors and Lisa Bueno Martinez for Relief from the Automatic Stay (D.I. 220, Filed 5/20/19).

   Objection Deadline:  June 3, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Approving Stipulation Between Debtors and Lisa Bueno Martinez for Relief from the Automatic Stay (D.I. 247, Filed 6/4/19); and

   b) Order Approving Stipulation Between Debtors and Lisa Bueno Martinez for Relief from the Automatic Stay (D.I. 257, Entered 6/10/19).

   Status:  An order has been signed.  No hearing is necessary.

4. Application of Debtors for Authority to (I) Employ and Retain Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 222, Filed 5/22/19).

   Objection Deadline:  June 5, 2019 at 4:00 p.m. (ET), extended to June 7, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: informal comments the U.S. Trustee.

Related Pleadings:

a) Supplemental Declaration of Dan A. Odom in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 248, Filed 6/5/19);

b) Certificate of Counsel Regarding Proposed Order Approving Application of Debtors for Authority to (I) Employ and Retain Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 254, Filed 6/6/19); and

c) Order Approving Application of Debtors for Authority to (I) Employ and Retain Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Waive Certain Information Disclosure Requirements (D.I. 259, Entered 6/10/19).

Status: An order has been signed. No hearing is necessary.

5. Amended Motion of Debtors for Entry of an Order Approving Stipulation Between Debtors and (I) Sergio Ramos and (II) Vanessa Gutierrez for Relief from the Automatic Stay (D.I. 223, Filed 5/22/19).

Objection Deadline: June 5, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a) Certificate of No Objection Regarding Amended Motion of Debtors for Entry of an Order Approving Stipulation Between Debtors and (I) Sergio Ramos and (II) Vanessa Gutierrez for Relief from the Automatic Stay (D.I. 252, Filed 6/6/19); and

b) Order Approving Stipulation Between Debtors and (I) Sergio Ramos and (II) Vanessa Gutierrez for Relief from the Automatic Stay (D.I. 261, Entered 6/10/19).

Status: An order has been signed. No hearing is necessary.

6.  Motion of Debtors for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (D.I. 224, Filed 5/22/19).

    Objection Deadline:  June 5, 2019 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    a)  Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (D.I. 253, Filed 6/6/19); and

    b)  Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (D.I. 260, Entered 6/10/19).

    Status:  An order has been signed.  No hearing is necessary.

MATTER GOING FORWARD

7.  Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Authoring the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief and (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 225, Filed 5/22/19).

    Objection Deadline:  June 5, 2019 at 4:00 p.m. (ET).

    Responses Received:

    a)  Informal comments from the United States Trustee;

    b)  Informal comments from Southcross Holdings Borrower LP;

    c)  Response to the Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Authoring the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief and (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory

      Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 236, Filed 5/28/19);

d)     Objection of Cigna Entities to Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Authoring the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief and (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 238, Filed 5/30/19); and

e)     The Texas Commission on Environmental Quality's Limited Objection to the Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Authoring the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief and (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 249, Filed 6/5/19).

<u>Related Pleadings</u>:  None.

<u>Status</u>:  The Debtors have resolved all objections and informal comments to the motion and intend to submit a revised form of order under certificate of counsel in advance of the hearing.  For the time being, this matter is going forward.

| | |
|---|---|
| Dated: June 10, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>Benjamin M. Schak (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br>benjamin.schak@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |