UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re     Southcross Energy Partners, L.P., *et al.*            Case No.:  19-10702 (MFW)
                                                                Reporting Period:  April 2019

# MONTHLY OPERATING REPORT
For the Period April 1, 2019 through April 30, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | ✓ | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | MOR-1(exp) | | ✓ | |
| Cash disbursements journals | MOR-1(exp) | | ✓ | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | MOR-4 | | ✓ | |
| Copies of tax returns filed during the period | MOR-4 | | ✓ | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionaire | MOR-5 | ✓ | | |

[1]  The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5200, Dallas, TX 75201.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

 /s/ Michael Howe                                              6/13/2019
Signature of Authorized Individual*                            Date


 Michael Howe                                                  Chief Financial Officer
Print Name of Authorized Individual                            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re | Southcross Energy Partners, L.P., *et al.* | Case No.: | 19-10702 (MFW) |
|---|---|---|---|
| | | Reporting Period: | April 2019 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
### For the Period April 1, 2019 through April 30, 2019

| *($ in 000's)* **Cash Flow Summary** | Current Month | Accumulated |
|---|---:|---:|
| **Beginning Cash Balance** | $ 3,234 | $ 3,234 |
| **Receipts** | | |
|     Natural Gas Sales | 20,504 | 20,504 |
|     Robstown/EPIC Settlement | 12,400 | 12,400 |
|     Other Receipts | 582 | 582 |
|     **Total Cash Receipts** | 33,486 | 33,486 |
| **Disbursements** | | |
|     Natural Gas/NGL Purchases | (6,599) | (6,599) |
|     Operating/G&A Expenses | (1,170) | (1,170) |
|     Payroll | (1,097) | (1,097) |
|     Insurance Premiums | (31) | (31) |
|     Capital Expenditures | (1,470) | (1,470) |
|     Debt Services | (0) | (0) |
|     Critical Vendors | (7,198) | (7,198) |
|     Wages | (869) | (869) |
|     Lienholders | (14,299) | (14,299) |
|     Utilities | - | - |
|     Adequate Protection (Pre-Petition Debt) | (3,732) | (3,732) |
|     DIP Lender Fees | (3,152) | (3,152) |
|     DIP/Bridge Interest | (590) | (590) |
|     Professional Fees | (1,388) | (1,388) |
|     Affiliate Disbursements | (615) | (615) |
|     **Total Cash Disbursements** | **(42,211)** | **(42,211)** |
| **Debtors Net Cash Flow** | **(8,725)** | **(8,725)** |
| **DIP Borrowings/Revolver Draws** | 30,000 | 30,000 |
| **Net Cash Flow** | 21,275 | 21,275 |
| **Ending Book Cash Balance** | $ 24,509 | $ 24,509 |
| **Outstanding Checks** | 575 | 575 |
| **Ending Bank Cash Balance** | $ 25,084 | $ 25,084 |

In re   **Southcross Energy Partners, L.P.**, *et al.*               Case No.:   19-10702 (MFW)
                                                                    Reporting Period:   April 2019

**DEBTORS SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY**
**For the Period April 1, 2019 through April 30, 2019**

*($ in 000's)*

| Disbursements by Debtor | Case # | Total Disbursements | Note |
|---|---|---:|---|
| Southcross Energy Partners, L.P. | 19-10702 | $ 8,490 | |
| Southcross Energy Partners GP, LLC | 19-10703 | 1,657 | [1] |
| Southcross Energy Finance Corp. | 19-10704 | - | |
| Southcross Energy Operating, LLC | 19-10705 | - | |
| Southcross Energy GP LLC | 19-10706 | 9,248 | |
| Southcross Energy LP LLC | 19-10707 | - | |
| Southcross Gathering Ltd. | 19-10708 | 1,114 | |
| Southcross CCNG Gathering Ltd. | 19-10709 | 5,826 | |
| Southcross CCNG Transmission Ltd. | 19-10710 | 460 | |
| Southcross Marketing Company Ltd. | 19-10711 | 2,373 | |
| Southcross NGL Pipeline Ltd. | 19-10712 | 238 | |
| Southcross Midstream Services, L.P. | 19-10713 | - | |
| Southcross Mississippi Industrial Gas Sales, L.P. | 19-10714 | 8 | |
| Southcross Mississippi Pipeline, L.P. | 19-10715 | 3,290 | |
| Southcross Gulf Coast Transmission Ltd. | 19-10716 | 1,787 | |
| Southcross Mississippi Gathering, L.P. | 19-10717 | - | |
| Southcross Delta Pipeline LLC | 19-10718 | - | |
| Southcross Alabama Pipeline LLC | 19-10719 | 1,510 | |
| Southcross Nueces Pipelines LLC | 19-10720 | 11 | |
| Southcross Processing LLC | 19-10721 | 433 | |
| FL Rich Gas Services GP, LLC | 19-10722 | - | |
| FL Rich Gas Services, LP | 19-10723 | 5,576 | |
| FL Rich Gas Utility GP, LLC | 19-10724 | - | |
| FL Rich Gas Utility, LP | 19-10725 | - | |
| Southcross Transmission, LP | 19-10726 | - | |
| T2 EF Cogeneration Holdings | 19-10727 | - | |
| T2 EF Cogeneration LLC | 19-10728 | 189 | |
| **Total Disbursements** | | **$ 42,211** | |

*[1] Certain disbursements made by the debtors (Southcross Energy Partners GP, LLC) are made on behalf of non-debtor affiliates which are later reimbursed through the Shared Services Agreement*

**MOR - 1.1**

**In re**  **Southcross Energy Partners, L.P.,** *et al.*  Case No.: **19-10702 (MFW)**
Reporting Period: **April 2019**

**BANK RECONCILIATIONS**
For the Period April 1, 2019 through April 30, 2019

The Debtor attests that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 4/30/18:

*($ in 000's)*

| Bank | Debtor | Acct No. | Purpose of Funds | Balance (USD) |
|---|---|---|---|---|
| Wells Fargo Bank, N.A. | SCEGP | X3088 | Main Operating - MLP | $ 24,617 |
| Wells Fargo Bank, N.A. | SCRCH | X2733 | Deposits – FL Rich Gas | 266 |
| JP Morgan | SCPLC | X2740 | Benefits Reimbursement | 300 |
| Wells Fargo Bank, N.A. | SCPLC | X9640 | Payroll | 170 |
| Wells Fargo Bank, N.A. | SCEGP | X4836 | Utilities Security Deposit Account | 200 |
| **Total Debtor Bank Balance** | | | | **$ 25,553** |
| Outstanding Checks | | | | 575 |
| **Book Balance** | | | | **$ 24,978** |

**Checks Outstanding:**

| | |
|---|---|
| Southcross Energy GP LLC | $ 575 |
| **Total** | **$ 575** |

MOR - 1a

| In re | Southcross Energy Partners, L.P., *et al.* | Case No.: | 19-10702 (MFW) |
|---|---|---|---|
| | | Reporting Period: | April 2019 |

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period April 1, 2019 through April 30, 2019**

*Bank Account Reconciliations & Cash Disbursements Journals*

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.
The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

*Bank Statements*

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

*Closed Bank Accounts*

The Debtors affirm that no bank account(s) were closed during the current reporting period.

*Opened Bank Accounts*

The Debtors affirm that on bank account was opened during the current reporting period.

| Debtor | Bank / Institution | Description | Date Opened |
|---|---|---|---|
| Southcross Energy GP LLC | Wells Fargo Bank, N.A. | Utilities Security Deposit Account | 4/11/2019 |

**MOR-1 (exp)**

| In re | Southcross Energy Partners, L.P., et al. | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|
| | | | | Reporting Period: | April 2019 |

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
For the Period April 1, 2019 through April 30, 2019

*($ in 000's)*

| Professional | Amount Paid This Period | | | Cumulative Amount Paid Since Petition Date | | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Total | Fees | Expenses | Total |
| Davis Polk & Wardwell LP | $  - | $  - | $  - | $  - | $  - | $  - |
| Morris, Nichols, Arsht & Tunnell LLP | - | - | - | - | - | - |
| Haynes and Boone, LLP | - | - | - | - | - | - |
| Evercore BD Investco LLC | - | - | - | - | - | - |
| Alvarez & Marsal North America LLC | - | - | - | - | - | - |
| Kurtzman Carson Consultants LLC | - | - | - | - | - | - |
| Vinson & Elkins LLP | 114 | 5 | 119 | 114 | 5 | 119 |
| White & Case LLP | - | - | - | - | - | - |
| Willkie Farr & Gallagher LLP | 628 | 3 | 631 | 628 | 3 | 631 |
| Jones Day | - | - | - | - | - | - |
| Arnold & Porter Kaye Scholer LLP | 30 | 0 | 31 | 30 | 0 | 31 |
| Young Conaway Stargatt & Taylor, LLP | 25 | - | 25 | 25 | - | 25 |
| RPA Advisors, LLC | 276 | 1 | 277 | 276 | 1 | 277 |
| Houlihan Lokey Capital, Inc. | 300 | 6 | 306 | 300 | 6 | 306 |
| **Total** | **$ 1,373** | **$ 15** | **$ 1,388** | **$ 1,373** | **$ 15** | **$ 1,388** |

| Professional | Role |
|---|---|
| Davis Polk & Wardwell LP | Debtor - Legal Counsel |
| Morris, Nichols, Arsht & Tunnell LLP | Debtor - Local Counsel |
| Haynes and Boone, LLP | Debtor - Local Counsel |
| Evercore BD Investco LLC | Debtor - Financial Advisor |
| Alvarez & Marsal North America LLC | Debtor - Restructuring Advisor |
| Kurtzman Carson Consultants LLC | Debtor - Claims Agent - KCC |
| Vinson & Elkins LLP | Lender Advisor - Legal Counsel |
| White & Case LLP | Lender Advisor - Legal Counsel |
| Willkie Farr & Gallagher LLP | Lender Advisor - Legal Counsel |
| Jones Day | Lender Advisor - Legal Counsel |
| Arnold & Porter Kaye Scholer LLP | Lender Advisor - Legal Counsel |
| Young Conaway Stargatt & Taylor, LLP | Lender Advisor - Local Counsel |
| RPA Advisors, LLC | Lender Advisor - Financial Advisor |
| Houlihan Lokey Capital, Inc. | Lender Advisor - Financial Advisor |

| In re | Southcross Energy Partners, L.P., et al. | | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | April 2019 |

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
For the Period April 1, 2019 through April 30, 2019

($ in 000's)

| Debtor Case Number: | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | $ - | $ - | $ - | $ - | $ 11 | $ - | $ - | $ 44 | $ 645 |
| Affiliate Revenue | - | 175 | - | - | - | - | - | - | - |
| **Total Revenue** | - | 175 | - | - | 11 | - | - | 44 | 645 |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | - | - | - | - | - | - | - | - | 59 |
| Affiliate Cost of Sales | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | - | - | - | - | - | - | - | - | 59 |
| **Gross Margin** | - | 175 | - | - | 11 | - | - | 44 | 586 |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | - | - | - | - | 54 | - | - | - | - |
| Labor | - | - | - | - | 297 | - | 71 | - | 85 |
| Benefits and Payroll Taxes | - | - | - | - | 98 | - | 20 | - | 26 |
| Allocated Overhead | - | - | - | - | - | - | 2 | 0 | 0 |
| Materials, Supplies & Maintenance | - | - | - | - | 68 | - | 25 | (26) | 67 |
| Fees & Services | - | - | - | - | 5 | - | 1 | - | - |
| Construction / Operations Fees & Expenses | - | - | - | - | 196 | - | 93 | 36 | 50 |
| Utilities | - | - | - | - | 8 | - | 31 | 3 | 14 |
| Office Supplies and Expenses | - | - | - | - | 1 | - | 1 | - | 1 |
| Rents and Leases | - | - | - | - | 6 | - | 3 | 1 | 1 |
| Travel and Training | - | - | - | - | 10 | - | 1 | 0 | 3 |
| Other Office Expenses | - | - | - | - | 8 | - | - | - | - |
| Regulatory Expenses | - | - | - | - | 0 | - | 5 | 9 | 21 |
| Taxes | - | - | - | - | - | - | 92 | 77 | 42 |
| Other | - | - | - | - | 21 | - | 0 | 0 | 0 |
| **Operation and Maintenance Expenses** | - | - | - | - | 771 | - | 345 | 100 | 311 |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | - | - | - | - | 720 | - | - | - | - |
| Benefits and Payroll Taxes | - | - | - | - | 98 | - | - | - | - |
| Utilities & Communications | - | - | - | - | 11 | - | - | - | - |
| Other Office G&A Expenses | - | - | - | - | 43 | - | - | - | - |
| IT Expenses | - | - | - | - | 14 | - | - | - | - |
| Rents and Leases | - | - | - | - | 89 | - | - | - | - |
| Travel, Entertainment & Training | - | - | - | - | 4 | - | - | - | - |
| Professional Fees | (2,273) | - | - | 0 | (1,323) | 0 | - | - | - |
| Other Fees | - | - | - | - | 57 | - | - | - | - |
| Bank Fees | - | 0 | - | - | 3 | - | - | - | - |
| Insurance | - | - | - | - | 349 | - | - | - | - |
| Property Taxes | - | - | - | - | 10 | - | - | - | - |
| Fines and Penalties | - | - | - | - | - | - | - | - | - |
| Other Expenses | 6 | 0 | - | - | 12 | - | - | - | - |
| **General, Administrative and Other Exp** | (2,267) | 0 | - | 0 | 87 | 0 | - | - | - |
| Depreciation and Amortization | - | - | - | - | 135 | - | 592 | 750 | 175 |
| Gain or Loss on Sale of Assets | - | - | - | - | (6) | - | - | - | - |
| **Total Expenses** | (2,267) | 0 | - | 0 | 987 | 0 | 937 | 851 | 485 |
| **Income (loss) from operations** | 2,267 | 174 | - | (0) | (976) | (0) | (937) | (806) | 101 |
| Net interest expense | (9,098) | - | - | - | (4,102) | - | - | - | - |
| Equity Earnings | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | $ (6,832) | $ 174 | $ - | $ (0) | $ (5,078) | $ (0) | $ (937) | $ (806) | $ 101 |

MOR-2(p1)

In re: Southcross Energy Partners, L.P., et al.  
Case No.: 19-10702 (MFW)  
Reporting Period: April 2019

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**  
For the Period April 1, 2019 through April 30, 2019

($ in 000's)

| Debtor Case Number: | 19-10711 | 19-10712 | 19-10713 | 19-10714 | 19-10715 | 19-10716 | 19-10717 | 19-10718 | 19-10719 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | Southcross Marketing Company Ltd. | Southcross NGL Pipeline Ltd. | Southcross Midstream Services, L.P. | Southcross Mississippi Industrial Gas Sales, L.P. | Southcross Mississippi Pipeline, L.P. | Southcross Gulf Coast Transmission Ltd. | Southcross Mississippi Gathering, L.P. | Southcross Delta Pipeline LLC | Southcross Alabama Pipeline LLC |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | $ 54,689 | $ - | $ 0 | $ 21 | $ 588 | $ 53 | $ - | $ 20 | $ 2,306 |
| Affiliate Revenue | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | 54,689 | - | 0 | 21 | 588 | 53 | - | 20 | 2,306 |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | 54,190 | - | - | - | 10 | - | - | - | 249 |
| Affiliate Cost of Sales | 385 | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | 54,574 | - | - | - | 10 | - | - | - | 249 |
| **Gross Margin** | 114 | - | 0 | 21 | 577 | 53 | - | 20 | 2,057 |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | - | - | - | - | - | 47 | - | - | 117 |
| Labor | - | (6) | - | - | 87 | 123 | - | - | 87 |
| Benefits and Payroll Taxes | - | - | - | - | 25 | 38 | - | - | 28 |
| Allocated Overhead | - | - | - | - | 0 | 0 | - | - | 0 |
| Materials, Supplies & Maintenance | - | 2 | - | - | 16 | 48 | - | - | 12 |
| Fees & Services | - | - | - | - | - | - | - | - | - |
| Construction / Operations Fees & Expenses | - | 6 | - | - | 83 | 31 | - | - | 11 |
| Utilities | - | 0 | - | - | 10 | 8 | - | - | 8 |
| Office Supplies and Expenses | - | - | - | - | 0 | 1 | - | - | 1 |
| Rents and Leases | - | - | - | - | 3 | 6 | - | - | 7 |
| Travel and Training | - | - | - | - | 0 | 0 | - | - | 0 |
| Other Office Expenses | - | - | - | - | - | 1 | - | - | 0 |
| Regulatory Expenses | - | 4 | - | 0 | 11 | 13 | - | - | 18 |
| Taxes | - | 12 | - | - | 75 | 29 | - | 17 | 14 |
| Other | - | - | - | - | - | - | - | - | - |
| **Operation and Maintenance Expenses** | - | 19 | - | 0 | 312 | 344 | - | 17 | 304 |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | - | - | - | - | - | - | - | - | - |
| Benefits and Payroll Taxes | - | - | - | - | - | - | - | - | - |
| Utilities & Communications | - | - | - | - | - | - | - | - | - |
| Other Office G&A Expenses | - | - | - | - | - | - | - | - | - |
| IT Expenses | - | - | - | - | - | - | - | - | - |
| Rents and Leases | - | - | - | - | - | - | - | - | - |
| Travel, Entertainment & Training | - | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | 0 | - | 1 |
| Other Fees | - | - | - | - | - | - | - | - | - |
| Bank Fees | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - |
| Property Taxes | - | - | - | - | - | - | - | - | - |
| Fines and Penalties | 0 | - | - | - | - | 0 | - | - | - |
| Other Expenses | - | - | - | - | - | - | - | - | (0) |
| **General, Administrative and Other Exp** | 0 | - | - | - | - | 0 | 0 | - | 0 |
| Depreciation and Amortization | - | 156 | 5 | 3 | 238 | 216 | - | 51 | 121 |
| Gain or Loss on Sale of Assets | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 0 | 175 | 5 | 3 | 550 | 560 | 0 | 68 | 425 |
| **Income (loss) from operations** | 114 | (175) | (5) | 18 | 27 | (507) | (0) | (48) | 1,631 |
| Net interest expense | - | - | - | - | (0) | - | - | - | (0) |
| Equity Earnings | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | (2) |
| **Net Income (loss)** | $ 114 | $ (175) | $ (5) | $ 18 | $ 27 | $ (507) | $ (0) | $ (48) | $ 1,629 |

MOR-2(p2)

| In re | Southcross Energy Partners, L.P., et al. | | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | April 2019 |

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
For the Period April 1, 2019 through April 30, 2019

($ in 000's)

| | Debtor Case Number: | 19-10720 | 19-10721 | 19-10722 | 19-10723 | 19-10724 | 19-10725 | 19-10726 | 19-10727 | 19-10728 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | Southcross Nueces Pipelines LLC | Southcross Processing LLC | FL Rich Gas Services GP, LLC | FL Rich Gas Services, LP | FL Rich Gas Utility GP, LLC | FL Rich Gas Utility, LP | Southcross Transmission, LP | T2 EF Cogeneration Holdings | T2 EF Cogeneration LLC |
| **Revenues** | | | | | | | | | | |
| Third Party Revenue | | $ 60 | $ - | $ - | $ 791 | $ - | $ 1,730 | $ 466 | $ - | $ - |
| Affiliate Revenue | | - | - | - | 3,596 | - | - | - | - | - |
| **Total Revenue** | | 60 | - | - | 4,386 | - | 1,730 | 466 | - | - |
| **Cost of Sales** | | | | | | | | | | |
| Third Party Cost of Sales | | - | - | - | 2,079 | - | - | 5 | - | - |
| Affiliate Cost of Sales | | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | | - | - | - | 2,079 | - | - | 5 | - | - |
| **Gross Margin** | | 60 | - | - | 2,307 | - | 1,730 | 461 | - | - |
| **Operation and Maintenance Expenses** | | | | | | | | | | |
| Pipeline Integrity | | - | - | - | 0 | - | - | - | - | - |
| Labor | | - | 186 | - | (27) | - | - | - | - | - |
| Benefits and Payroll Taxes | | - | 38 | - | 46 | - | - | - | - | - |
| Allocated Overhead | | 0 | 1 | - | 1 | - | - | - | - | - |
| Materials, Supplies & Maintenance | | 11 | 103 | - | 279 | - | - | - | - | - |
| Fees & Services | | - | 6 | - | 16 | - | - | - | - | - |
| Construction / Operations Fees & Expenses | | 4 | 65 | - | 50 | - | - | - | - | - |
| Utilities | | 0 | 162 | - | 462 | - | - | - | - | - |
| Office Supplies and Expenses | | - | 2 | - | 4 | - | - | - | - | - |
| Rents and Leases | | - | 5 | - | 360 | - | - | - | - | - |
| Travel and Training | | - | 0 | - | 0 | - | - | - | - | - |
| Other Office Expenses | | - | 0 | - | - | - | - | - | - | - |
| Regulatory Expenses | | 2 | 5 | - | 24 | - | - | - | - | - |
| Taxes | | 19 | 123 | - | 270 | - | 3 | - | - | - |
| Other | | - | 0 | - | - | - | - | - | - | - |
| **Operation and Maintenance Expenses** | | 36 | 695 | - | 1,485 | - | 3 | - | - | - |
| **General, Administrative and Other Exp** | | | | | | | | | | |
| Labor | | - | - | - | - | - | - | - | - | - |
| Benefits and Payroll Taxes | | - | - | - | - | - | - | - | - | - |
| Utilities & Communications | | - | - | - | - | - | - | - | - | - |
| Other Office G&A Expenses | | - | - | - | 0 | - | - | - | - | - |
| IT Expenses | | - | - | - | - | - | - | - | - | - |
| Rents and Leases | | - | - | - | - | - | - | - | - | - |
| Travel, Entertainment & Training | | - | - | - | 0 | - | - | - | - | - |
| Professional Fees | | - | - | - | - | - | - | - | - | - |
| Other Fees | | - | - | - | - | - | - | - | - | - |
| Bank Fees | | - | - | - | 0 | - | - | - | - | - |
| Insurance | | - | - | - | - | - | - | - | - | - |
| Property Taxes | | - | - | - | - | - | - | - | - | - |
| Fines and Penalties | | - | - | - | 0 | - | - | - | - | - |
| Other Expenses | | - | - | - | - | - | - | - | - | - |
| **General, Administrative and Other Exp** | | - | - | - | 1 | - | - | - | - | - |
| Depreciation and Amortization | | 122 | 742 | - | 2,017 | - | 40 | - | - | - |
| Gain or Loss on Sale of Assets | | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | | 158 | 1,437 | - | 3,503 | - | 43 | - | - | - |
| **Income (loss) from operations** | | (98) | (1,437) | - | (1,196) | - | 1,687 | 461 | - | - |
| Net interest expense | | - | - | - | - | - | - | - | - | - |
| Equity Earninigs | | - | - | - | (1,059) | - | - | - | - | - |
| Taxes | | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | | $ (98) | $ (1,437) | $ - | $ (2,255) | $ - | $ 1,687 | $ 461 | $ - | $ - |

MOR-2(p3)

| In re | Southcross Energy Partners, L.P., et al. | | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | April 2019 |

**BALANCE SHEET**
**As of April 30, 2019**

($ in 000's)

| | Debtor Case Number: | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Assets** | | | | | | | | | | |
| Cash | | $ - | $ 470 | $ - | $ - | $ 19,675 | $ - | $ - | $ - | $ - |
| Accounts Receivable | | 119 | - | - | - | (16,241) | - | - | (112) | 18 |
| Due from Affiliates | | 21,554 | 4,009 | - | - | (121,945) | - | (22) | (46) | (4) |
| Prepaid Expenses | | (1,204) | - | - | - | 5,403 | - | (87) | 175 | (163) |
| Other Current Assets | | 1 | - | - | - | 9,882 | - | 1,540 | - | 5 |
| **Total Current Assets** | | **20,470** | **4,478** | **-** | **-** | **(103,227)** | **-** | **1,431** | **16** | **(144)** |
| Property, Plant and Equip | | - | - | - | - | 4,137 | - | 66,322 | 199,734 | 45,395 |
| Investment in JV | | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | | 1,151,531 | 41,368 | - | (3) | (120,939) | (2) | (237,118) | (269,284) | (35,031) |
| Other Assets | | 1,738 | - | - | - | 8,063 | - | - | 79 | 140 |
| **Total Assets** | | $ **1,173,739** | $ **45,846** | $ **-** | $ **(3)** | $ **(211,966)** | $ **(2)** | $ **(169,366)** | $ **(69,456)** | $ **10,359** |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | 32 | - | - | - | 5,643 | - | 92 | 77 | 37 |
| Accounts Payable-Affiliate | | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | 169 | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | (3,120) | - | - | - | 30,000 | - | - | - | - |
| Term Loan | | 7,778 | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | 4,827 | - | - | - | 30,000 | - | - | - | - |
| Other Current Liabilities | | 1,490 | - | - | - | 784 | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | - | - | - | - | 17 | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | | **6,349** | **-** | **-** | **-** | **36,444** | **-** | **92** | **77** | **37** |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | (976) | - | - | - | 2,702 | - | 301 | 748 | 531 |
| Accounts Payable-Affiliate | | - | - | - | - | 7,310 | - | - | (334) | (1,758) |
| Secured Debt | | | | | | | | | | |
| Revolver | | 121,677 | - | - | - | (40,931) | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | 434,115 | - | - | - | (9,509) | - | - | - | - |
| Secured Debt/Adequate Protection | | 555,793 | - | - | - | (50,440) | - | - | - | - |
| Other Current Liabilities | | 94,182 | (775) | - | - | (73,576) | - | 33 | - | 0 |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | (94) | - | - | - | 9,826 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | | **648,904** | **(775)** | **-** | **-** | **(104,178)** | **-** | **334** | **413** | **(1,226)** |
| **Total Liabilities** | | **655,253** | **(775)** | **-** | **-** | **(67,734)** | **-** | **427** | **490** | **(1,190)** |
| **Equity** | | | | | | | | | | |
| **Total Equity** | | **518,486** | **46,621** | **-** | **(3)** | **(144,232)** | **(2)** | **(169,792)** | **(69,946)** | **11,549** |
| **Total Liabilities & Equity** | | $ **1,173,739** | $ **45,846** | $ **-** | $ **(3)** | $ **(211,966)** | $ **(2)** | $ **(169,366)** | $ **(69,456)** | $ **10,359** |

MOR-3.1 (p1)

| In re | Southcross Energy Partners, L.P., *et al.* | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reporting Period: | April 2019 |

**BALANCE SHEET**
As of April 30, 2019

($ in 000's)

| Debtor Case Number: | 19-10711 | 19-10712 | 19-10713 | 19-10714 | 19-10715 | 19-10716 | 19-10717 | 19-10718 | 19-10719 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | Southcross Marketing Company Ltd. | Southcross NGL Pipeline Ltd. | Southcross Midstream Services, L.P. | Southcross Mississippi Industrial Gas Sales, L.P. | Southcross Mississippi Pipeline, L.P. | Southcross Gulf Coast Transmission Ltd. | Southcross Mississippi Gathering, L.P. | Southcross Delta Pipeline LLC | Southcross Alabama Pipeline LLC |
| **Assets** | | | | | | | | | |
| Cash | $ - | $ - | $ - | $ - | $ - | $ 4,026 | $ - | $ - | $ - |
| Accounts Receivable | 57,238 | 1,055 | - | - | 146 | (153) | - | (924) | - |
| Due from Affiliates | (2,614) | (10) | - | - | (13) | (0) | - | - | (2) |
| Prepaid Expenses | - | (2) | - | 1 | 39 | 1 | - | - | 33 |
| Other Current Assets | (3,785) | - | - | - | 233 | - | - | - | 504 |
| **Total Current Assets** | 50,839 | 1,043 | - | 1 | 405 | 3,873 | - | (924) | 536 |
| Property, Plant and Equip | - | 41,518 | 342 | 638 | 51,312 | 48,459 | - | 10,818 | 22,129 |
| Investment in JV | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | 309,958 | (53,552) | (664) | 36 | (52,673) | (60,770) | (2) | (9,461) | 84,595 |
| Other Assets | (7,012) | - | - | - | 9 | - | - | - | 1,266 |
| **Total Assets** | $ 353,785 | $ (10,991) | $ (322) | $ 675 | $ (946) | $ (8,438) | $ (2) | $ 433 | $ 108,525 |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | 19,768 | 15 | - | - | 76 | 37 | - | 17 | 14 |
| Accounts Payable-Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | |
| Revolver | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | - | - | - | - | - | - | - | - | - |
| Term Loan | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 79 | - | - | - | 2 | - | - | - | 3 |
| Deferred Revenue | 14 | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | - | - | - | - | 2 | - | - | - | 1 |
| **Total Liabilities Not Subject to Compromise** | 19,862 | 15 | - | - | 79 | 37 | - | 17 | 18 |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | 19,454 | 75 | - | - | 177 | 184 | - | 50 | 16 |
| Accounts Payable-Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | |
| Revolver | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | - | - | - | - | - | - | - | - | - |
| Term Loan | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 13 | - | - | - | 34 | 21 | - | - | 21 |
| Deferred Revenue | 10,990 | - | - | - | 1,948 | - | - | - | - |
| Total Other Long-Term Liabilities | (6,499) | - | - | - | 2 | - | - | - | 3 |
| **Total Liabilities Subject to Compromise** | 23,958 | 75 | - | - | 2,160 | 204 | - | 50 | 39 |
| **Total Liabilities** | 43,819 | 91 | - | - | 2,239 | 241 | - | 67 | 57 |
| **Equity** | | | | | | | | | |
| **Total Equity** | 309,966 | (11,081) | (322) | 675 | (3,186) | (8,679) | (2) | 366 | 108,468 |
| **Total Liabilities & Equity** | $ 353,785 | $ (10,991) | $ (322) | $ 675 | $ (946) | $ (8,438) | $ (2) | $ 433 | $ 108,525 |

MOR-3.1 (p2)

In re: Southcross Energy Partners, L.P., et al.  
Case No.: 19-10702 (MFW)  
Reporting Period: April 2019

**BALANCE SHEET**
As of April 30, 2019

($ in 000's)

| | Debtor Case Number: | 19-10720 | 19-10721 | 19-10722 | 19-10723 | 19-10724 | 19-10725 | 19-10726 | 19-10727 | 19-10728 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | Southcross Nueces Pipelines LLC | Southcross Processing LLC | FL Rich Gas Services GP, LLC | FL Rich Gas Services, LP | FL Rich Gas Utility GP, LLC | FL Rich Gas Utility, LP | Southcross Transmission, LP | T2 EF Cogeneration Holdings | T2 EF Cogeneration LLC |
| **Assets** | | | | | | | | | | |
| Cash | | $ - | $ - | $ - | 266 | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | | - | - | - | 2,107 | - | 3,107 | 1,094 | - | - |
| Due from Affiliates | | (0) | (51) | - | 103,713 | - | (7,041) | (2,520) | - | - |
| Prepaid Expenses | | 49 | (57) | - | (86) | - | - | (1) | - | - |
| Other Current Assets | | - | 7,700 | - | - | - | - | - | - | - |
| **Total Current Assets** | | 49 | 7,592 | - | 106,000 | - | (3,934) | (1,427) | - | - |
| Property, Plant and Equip | | 32,064 | 77,887 | - | 225,293 | - | 9,496 | - | - | - |
| Investment in JV | | - | - | - | 93,691 | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | | (36,754) | (180,454) | - | (582,992) | - | 64,345 | 29,233 | - | - |
| Other Assets | | 125 | - | - | - | - | - | - | - | - |
| **Total Assets** | | $ (4,515) | $ (94,974) | $ - | $ (158,007) | $ - | $ 69,907 | $ 27,805 | $ - | $ - |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | 16 | 123 | - | 311 | - | 3 | - | - | - |
| Accounts Payable-Affiliate | | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | | 16 | 123 | - | 311 | - | 3 | - | - | - |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | 99 | 457 | - | 1,729 | - | 42 | 7 | - | - |
| Accounts Payable-Affiliate | | - | - | - | (5,217) | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | - | 7,712 | - | 213 | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | 50 | - | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | | 149 | 8,169 | - | (3,276) | - | 42 | 7 | - | - |
| **Total Liabilities** | | 165 | 8,293 | - | (2,964) | - | 45 | 7 | - | - |
| **Equity** | | | | | | | | | | |
| **Total Equity** | | (4,680) | (103,266) | - | (155,043) | - | 69,861 | 27,798 | - | - |
| **Total Liabilities & Equity** | | $ (4,515) | $ (94,974) | $ - | $ (158,007) | $ - | $ 69,907 | $ 27,805 | $ - | $ - |

MOR-3.1 (p3)

| In re | Southcross Energy Partners, L.P., et al. | | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | April 2019 |

**BALANCE SHEET**
As of the Petition Date (4/1/19)

($ in 000's)

| | Debtor Case Number: | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Assets** | | | | | | | | | | |
| Cash | | $ - | $ 479 | $ - | $ - | $ (2,580) | $ - | $ - | $ - | $ - |
| Accounts Receivable | | 119 | - | - | - | (14,402) | - | - | (112) | 18 |
| Due from Affiliates | | 21,554 | 3,834 | - | - | (124,309) | - | (22) | (46) | (4) |
| Prepaid Expenses | | (1,155) | - | - | - | 5,788 | - | (85) | 177 | (150) |
| Other Current Assets | | 1 | - | - | - | 5,999 | - | 1,540 | - | 5 |
| **Total Current Assets** | | **20,519** | **4,313** | **-** | **-** | **(129,504)** | **-** | **1,433** | **18** | **(131)** |
| Property, Plant and Equip | | - | - | - | - | 4,272 | - | 66,906 | 201,040 | 45,513 |
| Investment in JV | | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | | 1,155,286 | 41,368 | - | (3) | (116,635) | (1) | (236,848) | (269,819) | (35,296) |
| Other Assets | | 1,910 | - | - | - | 7,927 | - | - | 80 | 142 |
| **Total Assets** | | **$ 1,177,715** | **$ 45,681** | **$ -** | **$ (3)** | **$ (233,940)** | **$ (1)** | **$ (168,509)** | **$ (68,681)** | **$ 10,228** |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | - | - | - | - | - | - | - | - | - |
| Accounts Payable-Affiliate | | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | (871) | - | - | - | 7,447 | - | 313 | 793 | 537 |
| Accounts Payable-Affiliate | | - | - | - | - | 7,310 | - | - | (334) | (1,758) |
| Secured Debt | | | | | | | | | | |
| Revolver | | 121,569 | - | - | - | (40,931) | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | 434,000 | - | - | - | (9,509) | - | - | - | - |
| Secured Debt/Adequate Protection | | 555,569 | - | - | - | (50,440) | - | - | - | - |
| Other Current Liabilities | | 97,794 | (766) | - | - | (69,014) | - | 33 | - | 0 |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | (94) | - | - | - | 9,912 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | | **652,398** | **(766)** | **-** | **-** | **(94,785)** | **-** | **346** | **459** | **(1,221)** |
| **Total Liabilities** | | **652,398** | **(766)** | **-** | **-** | **(94,785)** | **-** | **346** | **459** | **(1,221)** |
| **Equity** | | | | | | | | | | |
| **Total Equity** | | **525,317** | **46,446** | **-** | **(3)** | **(139,154)** | **(1)** | **(168,855)** | **(69,140)** | **11,448** |
| **Total Liabilities & Equity** | | **$ 1,177,715** | **$ 45,681** | **$ -** | **$ (3)** | **$ (233,940)** | **$ (1)** | **$ (168,509)** | **$ (68,681)** | **$ 10,228** |

MOR-3.2 (p1)

| In re | Southcross Energy Partners, L.P., et al. | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reporting Period: | April 2019 |

**BALANCE SHEET**
As of the Petition Date (4/1/19)

($ in 000's)

| | Debtor Case Number: | 19-10711 | 19-10712 | 19-10713 | 19-10714 | 19-10715 | 19-10716 | 19-10717 | 19-10718 | 19-10719 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | Southcross Marketing Company Ltd. | Southcross NGL Pipeline Ltd. | Southcross Midstream Services, L.P. | Southcross Mississippi Industrial Gas Sales, L.P. | Southcross Mississippi Pipeline, L.P. | Southcross Gulf Coast Transmission Ltd. | Southcross Mississippi Gathering, L.P. | Southcross Delta Pipeline LLC | Southcross Alabama Pipeline LLC |
| **Assets** | | | | | | | | | | |
| Cash | | $ - | $ - | $ - | $ - | $ - | $ 4,026 | $ - | $ - | $ - |
| Accounts Receivable | | 62,542 | 1,055 | - | - | 146 | (153) | - | (924) | 29 |
| Due from Affiliates | | (2,614) | (10) | - | - | (13) | (0) | - | - | (2) |
| Prepaid Expenses | | - | (0) | - | 2 | 50 | 2 | - | - | 45 |
| Other Current Assets | | 591 | - | - | - | 231 | - | - | - | 512 |
| **Total Current Assets** | | **60,519** | **1,045** | **-** | **2** | **415** | **3,874** | **-** | **(924)** | **584** |
| Property, Plant and Equip | | - | 41,587 | 347 | 640 | 51,551 | 48,674 | - | 10,870 | 22,017 |
| Investment in JV | | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | | 303,006 | (53,461) | (664) | 15 | (52,949) | (60,503) | (2) | (9,481) | 83,100 |
| Other Assets | | (7,012) | - | - | - | 9 | - | - | - | 1,270 |
| **Total Assets** | | **$ 356,513** | **$ (10,830)** | **$ (317)** | **$ 656** | **$ (975)** | **$ (7,954)** | **$ (2)** | **$ 464** | **$ 106,971** |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | - | - | - | - | - | - | - | - | - |
| Accounts Payable-Affiliate | | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | 42,047 | 77 | - | - | 205 | 197 | - | 50 | 107 |
| Accounts Payable-Affiliate | | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | 74 | - | - | - | 36 | 21 | - | - | 22 |
| Deferred Revenue | | 11,039 | - | - | - | 1,992 | - | - | - | - |
| Total Other Long-Term Liabilities | | (6,499) | - | - | - | 5 | - | - | - | 4 |
| **Total Liabilities Subject to Compromise** | | **46,662** | **77** | **-** | **-** | **2,238** | **218** | **-** | **50** | **133** |
| **Total Liabilities** | | **46,662** | **77** | **-** | **-** | **2,238** | **218** | **-** | **50** | **133** |
| **Equity** | | | | | | | | | | |
| **Total Equity** | | **309,852** | **(10,907)** | **(317)** | **656** | **(3,213)** | **(8,172)** | **(2)** | **414** | **106,838** |
| **Total Liabilities & Equity** | | **$ 356,513** | **$ (10,830)** | **$ (317)** | **$ 656** | **$ (975)** | **$ (7,954)** | **$ (2)** | **$ 464** | **$ 106,971** |

MOR-3.2 (p2)

| In re | Southcross Energy Partners, L.P., et al. | | | | | | | Case No.: | 19-10702 (MFW) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | April 2019 |

**BALANCE SHEET**
As of the Petition Date (4/1/19)

($ in 000's)

| | Debtor Case Number: | 19-10720 | 19-10721 | 19-10722 | 19-10723 | 19-10724 | 19-10725 | 19-10726 | 19-10727 | 19-10728 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | Southcross Nueces Pipelines LLC | Southcross Processing LLC | FL Rich Gas Services GP, LLC | FL Rich Gas Services, LP | FL Rich Gas Utility GP, LLC | FL Rich Gas Utility, LP | Southcross Transmission, LP | T2 EF Cogeneration Holdings | T2 EF Cogeneration LLC |
| **Assets** | | | | | | | | | | |
| Cash | | $ - | $ - | $ - | $ 210 | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | | - | - | - | 1,088 | - | 3,107 | 1,094 | - | - |
| Due from Affiliates | | (0) | (51) | - | 103,169 | - | (7,041) | (2,520) | - | - |
| Prepaid Expenses | | 50 | (56) | - | (84) | - | - | (1) | - | - |
| Other Current Assets | | - | 7,700 | - | - | - | - | - | - | - |
| Total Current Assets | | 50 | 7,594 | - | 104,383 | - | (3,934) | (1,427) | - | - |
| Property, Plant and Equip | | 32,186 | 78,630 | - | 227,145 | - | 9,536 | - | - | - |
| Investment in JV | | - | - | - | 94,750 | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | | (36,798) | (179,858) | - | (580,477) | - | 62,615 | 28,771 | - | - |
| Other Assets | | 129 | - | - | - | - | - | - | - | - |
| **Total Assets** | | $ (4,433) | $ (93,634) | $ - | $ (154,199) | $ - | $ 68,217 | $ 27,344 | $ - | $ - |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | - | - | - | - | - | - | - | - | - |
| Accounts Payable-Affiliate | | - | - | - | - | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | | - | - | - | - | - | - | - | - | - |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | | |
| AP and Accrued Expenses | | 99 | 483 | - | 3,557 | - | 42 | 7 | - | - |
| Accounts Payable-Affiliate | | - | - | - | (5,217) | - | - | - | - | - |
| Secured Debt | | | | | | | | | | |
| Revolver | | - | - | - | - | - | - | - | - | - |
| DIP Financing Loan | | - | - | - | - | - | - | - | - | - |
| Term Loan | | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | | - | 7,712 | - | 249 | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | | 50 | - | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | | 149 | 8,195 | - | (1,411) | - | 42 | 7 | - | - |
| **Total Liabilities** | | 149 | 8,195 | - | (1,411) | - | 42 | 7 | - | - |
| **Equity** | | | | | | | | | | |
| **Total Equity** | | (4,582) | (101,829) | - | (152,788) | - | 68,174 | 27,337 | - | - |
| **Total Liabilities & Equity** | | $ (4,433) | $ (93,634) | $ - | $ (154,199) | $ - | $ 68,217 | $ 27,344 | $ - | $ - |

MOR-3.2 (p3)

| In re | Southcross Energy Partners, L.P., et al. | Case No.: | 19-10702 (MFW) |
|---|---|---|---|
| | | Reporting Period: | April 2019 |

### STATUS OF POSTPETITION TAXES
### For the Period April 1, 2019 through April 30, 2019

The Debtor attests that, to the best of their knowledge, the Debtor entities have filed all necessary federal, state and local tax returns and made all required post petition tax payments inconnection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversight. Below is the estimated Tax Liabilities balance as of 4/30/19:

*($ in 000's)*

| | Ending Tax Liability |
|---|---:|
| **Federal** | |
| Withholding | $ 28 |
| FICA - Employer | 10 |
| FICA - Employee | 63 |
| Unemployment | 0 |
| Income | - |
| Other | 21 |
| **Total Federal** | $ 121 |
| **State and Local** | |
| Withholding | $ 1 |
| Sales | - |
| Excise | - |
| Unemployment | 0 |
| Real Property | - |
| Personal Property | 3,177 |
| Other | - |
| **Total State and Local** | $ 3,178 |
| **Total** | $ 3,299 |

### SUMMARY OF UNPAID POSTPETITION DEBTS
### For the Period April 1, 2019 through April 30, 2019

*($ in 000's)*

| Account | Current | 1-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---:|---:|---:|---:|---:|---:|
| Accounts Payable (Acct #2000) | $ 3,556 | $ 39 | $ 0 | $ - | $ - | $ 3,595 |
| Accrued Expenses - GM (Acct #2001) | 19,768 | - | - | - | - | 19,768 |
| Accrued Payroll (acct #2115) | 827 | - | - | - | - | 827 |
| Interest Payable (Acct #2140) | 1,448 | - | - | - | - | 1,448 |
| **Total Postpetition Debts** | $ 25,599 | $ 39 | $ 0 | $ - | $ - | $ 25,638 |

| In re | Southcross Energy Partners, L.P., et al. | Case No.: | 19-10702 (MFW) |
|---|---|---|---|
| | | Reporting Period: | April 2019 |

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
For the Period April 1, 2019 through April 30, 2019

*($ in 000's)*

| **Accounts Receivable** | 0-30 | 31-60 | 61-90 | Over 90 | Total AR |
|---|---|---|---|---|---|
| Net Accounts Receivable | $ 31,249 | $ 348 | $ 27 | $ 2 | $ 31,627 |
| **Total Accounts Receivable** | **$ 31,249** | **$ 348** | **$ 27** | **$ 2** | **$ 31,627** |

### DEBTOR QUESTIONNAIRE
For the Period April 1, 2019 through April 30, 2019

| | Yes | No |
|---|---|---|
| 1) Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. Explanation:_____. | | ✓ |
| 2) Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. Explanation:_____. | | ✓ |
| 3) Have all postpetition tax returns been timely filed? If no, provide an explanation below. Explanation:  No postpetition tax return has come due yet_____. | | ✓ |
| 4) Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. Explanation:_____. | ✓ | |
| 5) Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |