**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SOUTHCROSS ENERGY PARTNERS, L.P., ) *et al.*, ) | Case No. 19-10702 (MFW) |
| ) | Jointly Administered |
| Debtors.[1] ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 16, 2019 AT 2:00 P.M. (EASTERN DAYLIGHT TIME)**

ADJOURNED MATTER

1. Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 147, Filed 4/23/19).

    Objection Deadline: April 30, 2019 at 4:00 p.m. (ET), extended to June 5, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

    Responses Received:

    a) The United States Trustee's Objection to the Debtors' Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 206, Filed 5/10/19).

    Related Pleadings: None.

    Status: This matter has been adjourned to the hearing on August 12, 2019 at 11:00 a.m. (ET).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

## MATTERS UNDER CERTIFICATION

2. Motion of Debtors for Entry of an Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 349, Filed 6/28/19).

   Objection Deadline: July 9, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 363, Filed July 10, 2019).

   Status: A certificate of no objection has been filed.

3. Motion of Debtors for Entry of an Order Extending the Deadline by Which the Debtors May Remove Civil Actions (D.I. 350, Filed 6/28/19).

   Objection Deadline: July 9, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Deadline by Which the Debtors May Remove Civil Actions (D.I. 364, Filed July 10, 2019).

   Status: A certificate of no objection has been filed.

4. Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 351, Filed 6/28/19).

   Objection Deadline: July 9, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 362, Filed July 10, 2019).

   Status: A certificate of no objection has been filed.

| | |
|---|---|
| Dated: July 12, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>Benjamin M. Schak (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York  10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br>benjamin.schak@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |