IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | ) Case No. 19-10702 (MFW) |
| Debtors.[1] | ) Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 30, 2019 AT 10:30 A.M. (EASTERN DAYLIGHT TIME)

**AT THE DIRECTION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

## RESOLVED MATTERS

1. Motion of Debtors for Entry of an Order (I) Designating Stalking Horse Bidder in Connection with the Mississippi and Alabama Assets, (II) Approving Expense Reimbursement, and (III) Granting Related Relief (D.I. 439, Filed 8/23/19).

   Objection Deadline:  August 28, 2019 at 4:00 p.m. (ET).

   Responses Received:  **None.**

   Related Pleadings:  None to date.

   Status:  **The Debtors have not received any responses or objections.  In accordance with paragraph 18 of the Bidding Procedures Order [D.I. 324], the Debtors will submit a proposed form of order under certificate of counsel without the need for a hearing.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976).  The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2]   **Amended items appear in bold.**

2.  Motion of Debtors for Entry of an Order (I) Designating Stalking Horse Bidder in Connection with the Corpus Christi Pipeline Network Assets, (II) Approving Bid Protections, and (III) Granting Related Relief (D.I. 440, Filed 8/24/19).

    <u>Objection Deadline</u>:  August 29, 2019 at 4:00 p.m. (ET).

    <u>Responses Received</u>:  **None.**

    <u>Related Pleadings</u>:  None to date.

    <u>Status</u>:  **The Debtors have not received any responses or objections.  In accordance with paragraph 18 of the Bidding Procedures Order [D.I. 324], the Debtors will submit a proposed form of order under certificate of counsel without the need for a hearing.**

| | |
|---|---|
| Dated: August 29, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York  10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |