# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHCROSS ENERGY PARTNERS, L.P., | ) | Case No. 19-10702 (MFW) |
| *et al.*, | ) |  |
|  | ) | Jointly Administered |
| Debtors.[1] | ) |  |
|  | ) |  |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 18, 2019 AT 10:30 A.M. (EASTERN DAYLIGHT TIME)

---

### AT THE DIRECTION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.

---

CONTINUED MATTERS

1.  Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 147, Filed 4/23/19).

    Objection Deadline:  April 30, 2019 at 4:00 p.m. (ET), extended to June 5, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

    Responses Received:

    a)  The United States Trustee's Objection to the Debtors' Motion to File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information (D.I. 206, Filed 5/10/19).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976).  The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2] Amended items appear in bold.

Related Pleadings:  None.

Status:  This matter is continued to a date to be determined.

2.    Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Authoring the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief and (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 225, Filed 5/22/19).

Objection Deadline:  September 10, 2019 at 4:00 p.m. (ET).

Responses Received:

a)    Reservation of Rights of CEC Corrosion Services LLC Regarding Cure Amount Reflected in the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 360, Filed 7/10/19);

b)    Limited Objection of Pruet Production Co. to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 361, Filed 7/10/19);

c)    Objection of Cigna Entities to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 366, Filed 7/11/19);

d)    Objection and Reservation of Rights of Targa to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 367, Filed 7/11/19);

e)    Notice of Withdrawal of Objection (D.I. 387, Filed 7/22/19);

f)    Objection of Cigna Entities to Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 443, Filed 8/28/19).

Related Pleadings:

a)    Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Authoring the Selection of a Stalking Horse Bidder, (III) Approving Bid Protections, (IV) Scheduling Auction for, and Hearing to Approve, Sale of

Debtors' Assets, (V) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (VI) Approving Assumption and Assignment Procedures, (VII) Granting Related Relief (D.I. 324, Entered 6/13/19);

b)    Notice of Sale, Bidding Procedures, Auction, and Sale Hearing (D.I. 326, Filed 6/13/19);

c)    Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 327, Filed 6/13/19);

d)    Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing in the Wall Street Journal (D.I. 342, Filed 6/21/19);

e)    Affidavit of Publication of the Notice of Sale of Substantially All Assets of the Southcross Energy Partners Debtors in the Corpus Christi Caller-Times (D.I. 390, Filed 7/22/19);

f)    Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 429, Filed 8/15/19);

g)    Notice of Revised Asset Purchase Agreement (D.I. 470, Filed 9/13/19);

h)    Notice of Revised Asset Purchase Agreement (D.I. 471, Filed 9/13/19).

Status:  This matter has been adjourned to the hearing on October 22, 2019 at 10:30 a.m. (ET).

FEE APPLICATIONS

3.    Interim Fee application hearing.  See attached Exhibit A.

Responses Received:  None.

Related Pleadings:

a)    Fee Examiner's Consolidated Final Report Pertaining to First Interim Fee Applications of Certain Retained Professionals (D.I. 472, Filed 9/16/19);

b)    Certificate of Counsel Regarding First Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 477, Filed 9/16/19)**; and**

**c)    Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 483, Entered 9/17/19).**

Status:  The Interim fee binder was delivered to the Court on September 11, 2019.  The **An order has been signed.  No hearing is necessary.**

## ADVERSARY PROCEEDINGS

*FL Rich Gas Services, L.P. v. Southcross Holdings Borrower, LP; Southcross TS Midstream Services, LP*; Adv. Pro. No. 19-50283

4.    Motion for Entry of an Order Authorizing Debtor to File Complaint Under Seal (A.D.I. 3, Filed 8/9/19).

   Related Pleadings:

   a)    [SEALED] Adversary Proceeding Complaint (A.D.I. 4, Filed 8/9/19);

   b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 5, Filed 8/9/19);

   c)    [SEALED] Corrected Adversary Proceeding Complaint (A.D.I. 7, Filed 8/12/19);

   d)    [REDACTED] Adversary Proceeding Complaint (A.D.I. 8, Filed 8/12/19);

   e)    Order Approving Stipulation Extending Time (A.D.I. 10, Entered 9/3/19).

   Status: The pretrial scheduling conference has been adjourned to the hearing on October 22, 2019 at 10:30 a.m. (ET).

*FL Rich Gas Services, L.P. v. Frio Lasalle Pipeline, L.P.*; Adv. Pro. No. 19-50286

5.    Motion for Entry of an Order Authorizing Debtor to File Complaint and Exhibit Under Seal (A.D.I. 2, Filed 8/12/19).

   Related Pleadings:

   a)    [SEALED] Adversary Proceeding Complaint (A.D.I. 3, Filed 8/12/19);

   b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 4, Filed 8/12/19);

   c)    [SEALED] Declaration of Elliot Moskowitz (A.D.I. 5, Filed 8/12/19);

   d)    [REDACTED] Declaration of Elliot Moskowitz (A.D.I. 6, Filed 8/12/19);

   e)    [REDACTED] Adversary Proceeding Complaint (A.D.I. 8, Filed 8/12/19);

   f)    Order Approving Stipulation Extending Time (A.D.I. 11, Entered 9/3/19).

<u>Status</u>:  The pretrial scheduling conference has been adjourned to the hearing on October 22, 2019 at 10:30 a.m. (ET).

Dated: September 17, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Eric W. Moats*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com

- and -

DAVIS POLK & WARDWELL LLP
Marshall S. Huebner (admitted *pro hac vice*)
Darren S. Klein (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York  10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
marshall.huebner@davispolk.com
darren.klein@davispolk.com
steven.szanzer@davispolk.com

*Counsel for Debtors and Debtors in Possession*