IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | Case No. 19-10702 (MFW) |
|  | Jointly Administered |
| Debtors.[1] |  |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 25, 2019 AT 3:00 P.M. (EASTERN DAYLIGHT TIME)

MATTER GOING FORWARD

1. Motion of Debtors for Entry of an Order (I) Approving the Settlement By and Among Debtors and Southcross Holdings Entities and (II) Granting Related Relief (D.I. 485, Filed 9/17/19).

    Objection Deadline: September 25, 2019 at 3:00 p.m. (ET).

    Responses Received: None to date.

    Related Pleadings:

    a) Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving the Settlement By and Among Debtors and Southcross Holdings Entities and (II) Granting Related Relief (D.I. 487, Entered 9/17/19);

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2] **Amended items appear in bold.**

b) Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Approving the Settlement By and Among Debtors and Southcross Holdings Entities and (II) Granting Related Relief (D.I. 489, Filed 9/17/19);

c) Notice of Revised Sale Timeline (D.I. 493, Filed 9/19/19);

d) **Notice of Amended Settlement Agreement (D.I. 497, Filed 9/23/19); and**

e) **Notice of Filing of Revised Exhibit to Amended Settlement Agreement (D.I. 499, Filed 9/24/19).**

<u>Status</u>:  This matter is going forward.

Dated: **September 24, 2019**
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com

- and -

DAVIS POLK & WARDWELL LLP
Marshall S. Huebner (admitted *pro hac vice*)
Darren S. Klein (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York  10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
marshall.huebner@davispolk.com
darren.klein@davispolk.com
steven.szanzer@davispolk.com

*Counsel for Debtors and Debtors in Possession*