**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | ) ) | Case No. 19-10702 (MFW) |
| | ) | Jointly Administered |
| Debtors.[1] | ) ) | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 22, 2019 AT 10:30 A.M. (EASTERN DAYLIGHT TIME)

RESOLVED MATTER

1. Motion of the Debtors for Entry of Order (I) Authorizing Rejection of Unexpired Lease and Sublease of Non-Residential Real Property Nunc Pro Tunc to October 4, 2019 and (II) Granting Related Relief (D.I. 526, Filed 10/8/19).

    Objection Deadline: October 15, 2019 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate of No Objection Regarding Motion of the Debtors for Entry of Order (I) Authorizing Rejection of Unexpired Lease and Sublease of Non-Residential Real Property Nunc Pro Tunc to October 4, 2019 and (II) Granting Related Relief (D.I. 542, Filed 10/16/19); and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2] **Amended items appear in bold.**

    b)    Order (I) Authorizing Rejection of Unexpired Lease and Sublease of Non-Residential Real Property *Nunc Pro Tunc* to October 4, 2019 and (II) Granting Related Relief (D.I. 544, Entered 10/17/19).

    Status: An order has been entered. No hearing is necessary.

MATTER UNDER CERTIFICATION

2.    Motion to Extend the Governmental Bar Date with Respect to the United States (D.I. 510, Filed 9/30/19).

    Objection Deadline: October 15, 2019 at 4:00 p.m. (ET).

    Responses Received: None as of the filing of this agenda.

    Related Pleadings:

    a)    Notice of Hearing (D.I. 511, Filed 9/30/19); and

    b)    Certification of No Objection Regarding Motion to Extend the Governmental Bar Date with Respect to the United States (D.I. 546, Filed 10/18/19).

    Status: A certificate of no objection has been filed.

MATTER GOING FORWARD

3.    Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Authoring the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief and (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 225, Filed 5/22/19).

    Objection Deadline: With respect to Sale Objections, September 10, 2019 at 4:00 p.m. (EDT), and with respect to Assumption and Assignment Objections for the Extended Parties, October 21, 2019 at 12:00 p.m. (EDT).

    Responses Received:

    a)    Reservation of Rights of CEC Corrosion Services LLC Regarding Cure Amount Reflected in the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 360, Filed 7/10/19);

b)  Limited Objection of Pruet Production Co. to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 361, Filed 7/10/19);

c)  Objection of Cigna Entities to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 366, Filed 7/11/19);

d)  Objection and Reservation of Rights of Targa to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 367, Filed 7/11/19);

   i.  Notice of Withdrawal of Objection (D.I. 387, Filed 7/22/19);

e)  Objection of Cigna Entities to Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 443, Filed 8/28/19);

f)  Informal comments from certain state taxing authorities;

g)  Informal comments from Willkie Farr & Gallagher LLP, counsel to the post-petition lenders and an ad hoc group of prepetition lenders.

Related Pleadings:

a)  Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Authoring the Selection of a Stalking Horse Bidder, (III) Approving Bid Protections, (IV) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (V) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (VI) Approving Assumption and Assignment Procedures, (VII) Granting Related Relief (D.I. 324, Entered 6/13/19);

b)  Notice of Sale, Bidding Procedures, Auction, and Sale Hearing (D.I. 326, Filed 6/13/19);

c)  Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 327, Filed 6/13/19);

d)  Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing in the Wall Street Journal (D.I. 342, Filed 6/21/19);

e)  Affidavit of Publication of the Notice of Sale of Substantially All Assets of the Southcross Energy Partners Debtors in the Corpus Christi Caller-Times (D.I. 390, Filed 7/22/19);

f) Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 429, Filed 8/15/19);

g) Order (I) Designating Stalking Horse Bidder in Connection with the Mississippi and Alabama Assets, (II) Approving Expense Reimbursement, and (III) Granting Related Relief (D.I. 454, Entered 8/30/19);

h) Order (I) Designating Stalking Horse Bidder in Connection with the Corpus Christi Pipeline Network Assets, (II) Approving Expense Reimbursement, and (III) Granting Related Relief (D.I. 455, Entered 8/30/19)

i) Notice of Revised Asset Purchase Agreement (D.I. 470, Filed 9/13/19);

j) Notice of Revised Asset Purchase Agreement (D.I. 471, Filed 9/13/19);

k) Notice of Revised Sale Timeline (D.I. 493, Filed 9/19/19);

l) Second Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 496, Filed 9/23/19);

m) Notice Regarding Auctions (D.I. 551, Filed 10/18/19); and

n) **Notice Regarding Auction with Respect to CCPN Assets (D.I. 556, Filed 10/20/19).**

Status:  This matter is going forward.

| | |
|---|---|
| Dated: October **20**, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ **Joseph C. Barsalona II***<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York  10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |