**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | Case No. 19-10702 (MFW) |
|  | Jointly Administered |
| Debtors.[1] | **Re: D.I. 519, 520, 521 & 523** |

**NOTICE OF RESCHEDULED DISCLOSURE STATEMENT HEARING, CONFIRMATION HEARING AND CERTAIN OTHER DEADLINES RELATED TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that, on October 4, 2019, Southcross Energy Partners, L.P. ("**Southcross**"), Southcross Energy Partners GP, LLC, and Southcross's wholly owned direct and indirect subsidiaries, each of which is a debtor and debtor in possession (collectively, the "**Debtors**") filed (i) the *Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors* (D.I. 519) (as may be modified, amended, or supplemented from time to time, the "**Plan**") and (ii) the *Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors* (D.I. 520) (as modified, amended, or supplemented from time to time, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that, on October 4, 2019, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, And (VI) Approving Related Notice Procedures* (D.I. 521) (the "**Disclosure Statement Motion**"), which, among other things, sought to set a hearing date for the confirmation

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings, LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

of the Plan (the "**Confirmation Hearing**") and certain dates and deadlines related to confirmation of the Plan (the "**Confirmation Deadlines**").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Notice of Disclosure Statement Hearing* [D.I. 523], the hearing on the Disclosure Statement (the "**Disclosure Statement Hearing**") is currently scheduled to commence before the Honorable Mary F. Walrath, United States Bankruptcy Judge on October 28, 2019 at 10:30 a.m. (Eastern Daylight Time), in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Bankruptcy Court, the Disclosure Statement Hearing has been rescheduled for **November 5, 2019 at 2:00 p.m. (EDT)**.

**PLEASE TAKE FURTHER NOTICE** that, in connection therewith, the Debtors are resetting the Confirmation Hearing and certain other Confirmation Deadlines as follows:

| Confirmation Deadline | Original Date | Modified Date |
|---|---|---|
| Record Date | October 28, 2019 | November 5, 2019 |
| Solicitation Deadline | November 4, 2019 | November 8, 2019 |
| Deadline To File Rule 3018 Motions | The fifth day after the later of (i) service of the Confirmation Notice and (ii) service of notice of an objection, if any, to such Claim | The fifth day after the later of (i) service of the Confirmation Notice and (ii) service of notice of an objection, if any, to such Claim |
| Deadline To File Plan Supplement | November 18, 2019 | November 25, 2019 |
| Deadline To Object to Rule 3018 Motions | November 25, 2019 | November 27, 2019 |
| Voting Deadline | November 25, 2019 | November 27, 2019 |
| Deadline To Object to Plan Confirmation | November 25, 2019 | November 27, 2019 |
| Deadline for Replies to Plan Objections | December 3, 2019 | December 6, 2019 |
| Confirmation Hearing | December 5, 2019 at 10:30 a.m. (ET) | December 9, 2019 at 2:00 p.m. (ET) |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further reschedule the Disclosure Statement Hearing, the Confirmation Hearing, and the Confirmation Deadlines.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, Disclosure Statement, or the Disclosure Statement Motion, as applicable.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Disclosure Statement, the Plan, and any related documents may be obtained from (i) Kurtzman Carson Consultants LLC at no charge by accessing the Debtors' restructuring website at http://www.kccllc.net/southcrossenergy, by writing to 222 N. Pacific Coast Highway, Suite 300, El Segundo, California 90245, or by telephone at (866) 967-0671 (toll-free) or (310) 751-2671 (if calling from outside the U.S. or Canada) or (ii) for a fee via PACER at http://www.deb.uscourts.gov.

Dated: October 23, 2019
      Wilmington, Delaware

Respectfully submitted,

MORRIS, NICHOLS ARSHT & TUNNELL LLP

 /s/ Joseph C. Barsalona II
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com

-and-

DAVIS POLK & WARDWELL LLP

Marshall S. Huebner (admitted *pro hac vice*)
Darren S. Klein (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
marshall.huebner@davispolk.com
darren.klein@davispolk.com
steven.szanzer@davispolk.com

*Counsel to the Debtors and Debtors in Possession*