**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re      Southcross Energy Partners, L.P., *et al.*

Case No.:    19-10702 (MFW)
Reporting Period:    September 2019

**MONTHLY OPERATING REPORT**
**For the Period September 1, 2019 through September 30, 2019**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|:---:|:---:|:---:|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | ✓ | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | MOR-1(exp) | | ✓ | |
| Cash disbursements journals | MOR-1(exp) | | ✓ | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | MOR-4 | | ✓ | |
| Copies of tax returns filed during the period | MOR-4 | | ✓ | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

*[1]  The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717Main Street, Suite 5200, Dallas, TX 75201.*

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Michael Howe_

10/31/2019

Signature of Authorized Individual*

Date

Michael Howe

Chief Financial Officer

Print Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re | **Southcross Energy Partners, L.P.,** *et al.* | **Case No.:** | **19-10702 (MFW)** |
|---|---|---|---|
| | | **Reporting Period:** | **September 2019** |

**GENERAL NOTES**
**For the Period September 1, 2019 through September 30, 2019**

*Financial Statements* – The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represent the financial information for the Company and its 26 debtor subsidiaries listed on the cover page (collectively the "Debtors") only. The Company's non-debtor subsidiaries are not included.

Accounting Standards Codification ("ASC") Topic 852, "Reorganizations" ("ASC Topic 852"), which is applicable to companies in chapter 11, generally does not change the manner in which financial statements are prepared. It does require, however, that the financial statements for periods subsequent to the filing of the chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The Debtors' condensed combined financial statements contained herein have been prepared in accordance with the guidance in ASC Topic 852. The unaudited condensed combined financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position, and cash flows of the Debtors in the future.

*Liabilities Subject to Compromise* – As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled and treated cannot be made until the Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. ASC Topic 852 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

*Intercompany Payables & Receivables* – Due to historical accounting practices, the Debtors have been unable to ascertain with precision the balances owed among specific Debtor entities or the balances owed between Debtors and specific non-Debtor affiliates. As a result, each Debtor has listed (1) an aggregate balance with all other entities whose financial statements are consolidated with the lead Debtor, Southcross Energy Partners, L.P. and (2) an aggregate balance with all other entities whose financial statements are consolidated with the Debtors' indirect majority parent, Southcross Holdings LP.

**MOR-Notes**

| In re | **Southcross Energy Partners, L.P.,** *et al.* | **Case No.:** | **19-10702 (MFW)** |
|---|---|---|---|
| | | **Reporting Period:** | **September 2019** |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**For the Period September 1, 2019 through September 30, 2019**

| *($ in 000's)*<br>**Cash Flow Summary** | **Current Month** | | **Accumulated** |
|---|---|---|---|
| **Beginning Cash Balance** | $ 18,238 | $ | 3,533 |
| **Receipts** | | | |
| Natural Gas Sales | 12,751 | | 105,796 |
| Robstown/EPIC Settlement | 8,654 | | 43,445 |
| Other Receipts | 21 | | 4,481 |
| Affiliate Receipts | 2,887 | | 7,946 |
| DIP Roll-up | - | | 127,500 |
| **Total Cash Receipts** | **24,314** | | **289,167** |
| **Disbursements** | | | |
| Natural Gas/NGL Purchases | (9,875) | | (96,474) |
| Operating/G&A Expenses | (3,427) | | (19,026) |
| Payroll | (1,366) | | (9,554) |
| Insurance Premiums | - | | (31) |
| Capital Expenditures | (1,917) | | (8,667) |
| Debt Services | - | | (500) |
| Critical Vendors - Ch. 11 | (3) | | (7,552) |
| Wages - Ch. 11 | - | | (901) |
| Lienholders - Ch. 11 | (2) | | (16,315) |
| Adequate Protection (Pre-Petition Debt) | (3,679) | | (23,345) |
| DIP Lender Fees | (14) | | (3,818) |
| DIP/Bridge Interest | (2,562) | | (12,733) |
| Professional Fees | (3,865) | | (16,712) |
| Payment of U.S. Trustee Fees | - | | (1,202) |
| Affiliate Disbursements | (377) | | (4,470) |
| DIP Paydown | - | | (127,500) |
| **Total Cash Disbursements** | **(27,088)** | | **(348,798)** |
| **Debtors Net Cash Flow** | **(2,774)** | | **(59,631)** |
| **DIP Borrowings/Revolver Draws** | **-** | | **71,562** |
| **Net Cash Flow** | **(2,774)** | | **11,931** |
| **Ending Book Cash Balance** | $ 15,464 | $ | 15,464 |
| **Outstanding Checks** | **396** | | **396** |
| **Ending Bank Cash Balance** | $ 15,860 | $ | 15,860 |

In re **Southcross Energy Partners, L.P.**, *et al.*

| | Case No.: | **19-10702 (MFW)** |
|---|---|---|
| | Reporting Period: | **September 2019** |

## BANK RECONCILIATIONS
### Period September 1, 2019 through September 30, 2019

The Debtor attests that all bank accounts are reconciled on a monthly basis as part of the monthly close process.  Below is the account balance as of 9/30/19:

*($ in 000's)*

| Bank | Debtor | Acct No. | Purpose of Funds | | Balance (USD) |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. | SCEGP | X3088 | Main Operating - MLP | $ | 15,195 |
| Wells Fargo Bank, N.A. | SCRCH | X2733 | Deposits – FL Rich Gas | | 166 |
| JP Morgan | SCPLC | X2740 | Benefits Reimbursement | | 300 |
| Wells Fargo Bank, N.A.[1] | SCPLC | X9640 | Payroll | | 956 |
| Wells Fargo Bank, N.A. | SCEGP | X4836 | Utilities Security Deposit Account | | 199 |
| **Total Debtor Bank Balance** | | | | $ | **16,816** |
| Outstanding Checks | | | | | 396 |
| **Book Balance** | | | | $ | **16,420** |

**Checks Outstanding:**

| | | |
|---|---|---|
| Southcross Energy GP LLC | $ | 396 |
| **Total** | $ | **396** |

*[1] The Payroll account is excluded from the Schedule of Cash Receipts and Disbursements.  This account is funded by both debtor and non-debtor entities. All receipts and disbursements to and from debtor entities are captured in the Schedule of Cash Receipts and Disbursements.*

In re   **Southcross Energy Partners, L.P.,** *et al.*                   Case No.:        **19-10702 (MFW)**

                                                        Reporting Period:   **September 2019**

**DEBTORS SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY**
**For the Period September 1, 2019 through September 30, 2019**

*($ in 000's)*

| Disbursements by Debtor | Case # | Total Disbursements | Note |
|---|---|---|---|
| Southcross Energy Partners, L.P. | 19-10702 | $  8,128 | |
| Southcross Energy Partners GP, LLC | 19-10703 | 1,480 | |
| Southcross Energy Finance Corp. | 19-10704 | - | |
| Southcross Energy Operating, LLC | 19-10705 | - | |
| Southcross Energy GP LLC | 19-10706 | 4,575 | [1] |
| Southcross Energy LP  LLC | 19-10707 | - | |
| Southcross Gathering Ltd. | 19-10708 | 891 | |
| Southcross CCNG Gathering Ltd. | 19-10709 | 2,250 | |
| Southcross CCNG Transmission Ltd. | 19-10710 | 1,128 | |
| Southcross Marketing Company Ltd. | 19-10711 | 1,051 | |
| Southcross NGL Pipeline Ltd. | 19-10712 | 46 | |
| Southcross Midstream Services, L.P. | 19-10713 | - | |
| Southcross Mississippi Industrial Gas Sales, L.P. | 19-10714 | - | |
| Southcross Mississippi Pipeline, L.P. | 19-10715 | 1,821 | |
| Southcross Gulf Coast Transmission Ltd. | 19-10716 | 1,982 | |
| Southcross Mississippi Gathering, L.P. | 19-10717 | - | |
| Southcross Delta Pipeline LLC | 19-10718 | - | |
| Southcross Alabama Pipeline LLC | 19-10719 | 1,273 | |
| Southcross Nueces Pipelines LLC | 19-10720 | 7 | |
| Southcross Processing LLC | 19-10721 | 1,169 | |
| FL Rich Gas Services GP, LLC | 19-10722 | - | |
| FL Rich Gas Services, LP | 19-10723 | 1,046 | |
| FL Rich Gas Utility GP, LLC | 19-10724 | - | |
| FL Rich Gas Utility, LP | 19-10725 | 187 | |
| Southcross Transmission, LP | 19-10726 | 53 | |
| T2 EF Cogeneration Holdings | 19-10727 | - | |
| T2 EF Cogeneration LLC | 19-10728 | 1 | |
| **Total Disbursements** | | $  27,088 | |

*[1]  Certain disbursements made by the debtors (Southcross Energy GP LLC) are made on behalf of non-debtor*
    *affiliates which are later reimbursed through the Shared Services Agreement*

**MOR - 1.1**

In re    **Southcross Energy Partners, L.P.,** *et al.*

| | | |
|---|---|---|
| | **Case No.:** | **19-10702 (MFW)** |
| | **Reporting Period:** | **September 2019** |

### DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS AND CASH DISBURSEMENTS JOURNAL
#### For the Period September 1, 2019 through September 30, 2019

*Bank Account Reconciliations & Cash Disbursements Journals*

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.
The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

*Bank Statements*

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

*Closed Bank Accounts*

The Debtors affirm that no bank account(s) were closed during the current reporting period.

*Opened Bank Accounts*

The Debtors affirm that no bank account(s) were opened during the current reporting period.

**MOR-1 (exp)**

In re    Southcross Energy Partners, L.P., *et al.*    Case No.:    **19-10702 (MFW)**
Reporting Period:    **September 2019**

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
**For the Period September 1, 2019 through September 30, 2019**

*($ in 000's)*

| Professional | Amount Paid This Period | | | Cumulative Amount Paid Since Petition Date | | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Total | Fees | Expenses | Total |
| Davis Polk & Wardwell LP | 1,448 | 4 | $ 1,452 | $ 4,762 | $ 30 | $ 4,792 |
| Morris, Nichols, Arsht & Tunnell LLP | 116 | 1 | 116 | 437 | 19 | 456 |
| Haynes and Boone, LLP | - | - | - | - | - | - |
| Evercore BD Investco LLC | 401 | 0 | 402 | 1,526 | 17 | 1,543 |
| Alvarez & Marsal North America LLC | 876 | 16 | 892 | 2,672 | 113 | 2,785 |
| Kurtzman Carson Consultants LLC | 70 | 106 | 176 | 107 | 112 | 218 |
| Vinson & Elkins LLP | 51 | 1 | 52 | 1,008 | 19 | 1,028 |
| White & Case LLP | - | - | - | 445 | 0 | 445 |
| Willkie Farr & Gallagher LLP | 590 | 6 | 596 | 2,800 | 33 | 2,833 |
| Jones Day | - | - | - | 35 | 0 | 35 |
| Arnold & Porter Kaye Scholer LLP | - | - | - | 165 | 1 | 167 |
| Young Conaway Stargatt & Taylor, LLP | 18 | 0 | 18 | 169 | 2 | 171 |
| RPA Advisors, LLC | 3 | - | 3 | 1,135 | 6 | 1,141 |
| Houlihan Lokey Capital, Inc. | 150 | 8 | 158 | 1,050 | 48 | 1,098 |
| **Total** | **$ 3,723** | **$ 142** | **$ 3,865** | **$ 16,312** | **$ 157** | **$ 16,712** |

| Professional | Role |
|---|---|
| Davis Polk & Wardwell LP | Debtor - Legal Counsel |
| Morris, Nichols, Arsht & Tunnell LLP | Debtor - Local Counsel |
| Haynes and Boone, LLP | Debtor - Local Counsel |
| Evercore BD Investco LLC | Debtor - Financial Advisor |
| Alvarez & Marsal North America LLC | Debtor - Restructuring Advisor |
| Kurtzman Carson Consultants LLC | Debtor - Claims Agent - KCC |
| Vinson & Elkins LLP | Lender Advisor - Legal Counsel |
| White & Case LLP | Lender Advisor - Legal Counsel |
| Willkie Farr & Gallagher LLP | Lender Advisor - Legal Counsel |
| Jones Day | Lender Advisor - Legal Counsel |
| Arnold & Porter Kaye Scholer LLP | Lender Advisor - Legal Counsel |
| Young Conaway Stargatt & Taylor, LLP | Lender Advisor - Local Counsel |
| RPA Advisors, LLC | Lender Advisor - Financial Advisor |
| Houlihan Lokey Capital, Inc. | Lender Advisor - Financial Advisor |

**MOR - 1b**

In re  Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
For the Period September 1, 2019 through September 30, 2019

*($ in 000's)*

| | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | - | - | - | - | 13 | - | 188 | 27 | 686 |
| Affiliate Revenue | - | 175 | - | - | - | - | - | - | - |
| **Total Revenue** | - | 175 | - | - | 13 | - | 188 | 27 | 686 |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | - | - | - | - | - | - | - | - | 28 |
| Affiliate Cost of Sales | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | - | - | - | - | - | - | - | - | 28 |
| **Gross Margin** | - | 175 | - | - | 13 | - | 188 | 27 | 658 |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | - | - | - | - | 6 | - | - | - | - |
| Labor | - | - | - | - | 249 | - | (90) | - | 91 |
| Benefits and Payroll Taxes | - | - | - | - | 61 | - | (27) | - | 22 |
| Allocated Overhead | - | - | - | - | - | - | 0 | 0 | 0 |
| Materials, Supplies & Maintenance | - | - | - | - | 16 | - | (27) | 9 | 9 |
| Fees & Service | - | - | - | - | 6 | - | (2) | 0 | 20 |
| Lease Capacity | - | - | - | - | - | - | - | - | - |
| Construction / Operations Fees & Expenses | - | - | - | - | 168 | - | (94) | 95 | 72 |
| Utilities | - | - | - | - | 0 | - | (97) | 2 | 9 |
| Office Supplies and Expenses | - | - | - | - | 1 | - | (1) | - | 1 |
| Rents and Leases | - | - | - | - | 14 | - | 2 | - | 3 |
| Travel and Training | - | - | - | - | 10 | - | 1 | 0 | 10 |
| Other Office Expenses | - | - | - | - | 0 | - | (0) | - | 0 |
| Regulatory Expenses | - | - | - | - | 0 | - | - | - | 9 |
| Taxes | - | - | - | - | - | - | (6) | 2 | 36 |
| Other | - | - | - | - | 28 | - | (82) | 75 | 0 |
| **Operation and Maintenance Expenses** | - | - | - | - | 559 | - | (421) | 185 | 273 |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | - | - | - | - | 579 | - | - | - | - |
| Benefits and Payroll Taxes | - | - | - | - | 76 | - | - | - | - |
| Utilities & Communications | - | - | - | - | 13 | - | - | - | - |
| Other Office G&A Expenses | - | - | - | - | 94 | - | - | - | - |
| IT Expenses | - | - | - | - | 9 | - | - | - | - |
| Rents and Leases | - | - | - | - | 82 | - | - | - | - |
| Travel, Entertainment & Training | - | - | - | - | 4 | - | - | - | - |
| Professional Fees | 246 | - | - | - | 645 | - | - | - | - |
| Other Fees | - | 0 | - | - | 60 | - | - | - | - |
| Bank Fees | - | - | - | - | 3 | - | - | - | - |
| Insurance | - | - | - | - | 266 | - | - | - | - |
| Property Taxes | - | - | - | - | 4 | - | - | - | - |
| Fines and Penalties | - | - | - | - | - | - | - | - | - |
| Other Expenses | 6 | 0 | - | - | 3 | - | - | - | - |
| **General, Administrative and Other Exp** | 253 | 0 | - | - | 1,840 | - | - | - | - |
| Depreciation and Amortization | - | - | - | - | 135 | - | 592 | 750 | 175 |
| Gain or Loss on Sale of Assets | - | - | - | - | (20) | - | - | - | - |
| **Total Expenses** | 253 | 0 | - | - | 2,514 | - | 171 | 935 | 448 |
| **Income (loss) from operations** | (253) | 174 | - | - | (2,501) | - | 16 | (908) | 211 |
| Net interest expense | (5,758) | - | - | - | (3,650) | - | - | - | - |
| Equity Earnings | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | (6,011) | 174 | - | - | (6,151) | - | 16 | (908) | 211 |

MOR-2(p)1

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

In re    Southcross Energy Partners, L.P., et al.

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
For the Period September 1, 2019 through September 30, 2019

($ in 000's)

| Debtor Case Number | 19-10711 | 19-10712 | 19-10713 | 19-10714 | 19-10715 | 19-10716 | 19-10717 | 19-10718 | 19-10719 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity | Southcross Marketing Company Ltd. | Southcross NGL Pipeline Ltd. | Southcross Midstream Services, L.P. | Southcross Mississippi Industrial Gas Sales, L.P. | Southcross Mississippi Pipeline, L.P. | Southcross Gulf Coast Transmission Ltd. | Southcross Mississippi Gathering, L.P. | Southcross Delta Pipeline LLC | Southcross Alabama Pipeline LLC |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | 47,009 | - | - | 17 | 826 | 64 | - | 21 | 2,152 |
| Affiliate Revenue | - | - | - | - | - | - | - | - | 306 |
| **Total Revenue** | 47,009 | - | - | 17 | 826 | 64 | - | 21 | 2,152 |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | 44,786 | - | - | - | 60 | - | - | - | - |
| Affiliate Cost of Sales | 983 | - | - | - | - | - | - | - | 306 |
| **Total Cost of Sales** | 45,769 | - | - | - | 60 | - | - | - | 306 |
| **Gross Margin** | 1,239 | - | - | 17 | 766 | 64 | - | 21 | 1,845 |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | - | - | - | - | - | 2 | - | - | - |
| Labor | - | - | - | - | 86 | 125 | - | - | 72 |
| Benefits and Payroll Taxes | - | - | - | - | 20 | 27 | - | - | 15 |
| Allocated Overhead | - | - | - | - | 0 | 0 | - | - | 0 |
| Materials, Supplies & Maintenance | - | 1 | - | - | 18 | 14 | - | - | 6 |
| Fees & Services | - | - | - | - | - | - | - | - | - |
| Lease Capacity | - | - | - | - | - | - | - | - | - |
| Construction / Operations Fees & Expenses | - | 14 | - | - | 164 | 97 | - | - | 47 |
| Utilities | - | 0 | - | - | 11 | 10 | - | - | 7 |
| Office Supplies and Expenses | - | - | - | - | 0 | 1 | - | - | 1 |
| Rents and Leases | - | - | - | - | 6 | 5 | - | - | 4 |
| Travel and Training | - | - | - | - | 1 | 1 | - | - | 1 |
| Other Office Expenses | - | - | - | - | 0 | 0 | - | - | 0 |
| Regulatory Expenses | - | 2 | - | 0 | 18 | 2 | - | - | 19 |
| Taxes | - | 12 | - | - | 75 | 36 | - | 17 | 14 |
| Other | - | - | - | - | 2 | - | - | - | - |
| **Operation and Maintenance Expenses** | - | 30 | - | 0 | 402 | 321 | - | 17 | 186 |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | - | - | - | - | - | - | - | - | - |
| Benefits and Payroll Taxes | - | - | - | - | - | - | - | - | - |
| Utilities & Communications | - | - | - | - | - | - | - | - | - |
| Other Office G&A Expenses | - | - | - | - | - | - | - | - | - |
| IT Expenses | - | - | - | - | - | - | - | - | - |
| Rents and Leases | - | - | - | - | - | - | - | - | - |
| Travel, Entertainment & Training | - | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - | - | - |
| Other Fees | - | - | - | - | - | - | - | - | 7 |
| Bank Fees | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - |
| Property Taxes | - | - | - | - | - | - | - | - | - |
| Fines and Penalties | - | - | - | - | - | - | - | - | - |
| Other Expenses | - | - | - | - | - | - | - | - | - |
| **General, Administrative and Other Exp** | - | - | - | - | - | - | - | - | 7 |
| Depreciation and Amortization | - | 156 | - | 3 | 235 | 217 | - | 51 | 84 |
| Gain or Loss on Sale of Assets | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | - | 185 | 5 | 5 | 638 | 538 | - | 68 | 277 |
| **Income (loss) from operations** | 1,239 | (185) | (5) | 14 | 129 | (474) | - | (47) | 1,569 |
| Net interest expense | - | - | - | - | (0) | - | - | - | (0) |
| Equity Earnings | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | (0) |
| **Net Income (loss)** | 1,239 | (185) | (5) | 14 | 129 | (474) | - | (47) | 1,569 |

MOR-2(p2)

In re   Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
For the Period September 1, 2019 through September 30, 2019

($ in 000's)

| Debtor Case Number | 19-10720 | 19-10721 | 19-10722 | 19-10723 | 19-10724 | 19-10725 | 19-10726 | 19-10727 | 19-10728 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity | Southcross Nueces Pipelines LLC | Southcross Processing LLC | FL Rich Gas Services GP, LLC | FL Rich Gas Services, LP | FL Rich Gas Utility GP, LLC | FL Rich Gas Utility, LP | Southcross Transmission, LP | T2 EF Cogeneration Holdings | T2 EF Cogeneration LLC |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | 293 | - | - | 981 | - | 1,053 | 473 | - | - |
| Affiliate Revenue | - | - | - | 5,651 | - | - | - | - | - |
| **Total Revenue** | 293 | - | - | 6,632 | - | 1,053 | 473 | - | - |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | - | - | - | 1,470 | - | - | 5 | - | - |
| Affiliate Cost of Sales | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | - | - | - | 1,470 | - | - | 5 | - | - |
| **Gross Margin** | 293 | - | - | 5,161 | - | 1,053 | 468 | - | - |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | - | - | - | - | - | - | - | - | - |
| Labor | - | 135 | - | 301 | - | - | - | - | - |
| Benefits and Payroll Taxes | - | 29 | - | 38 | - | - | - | - | - |
| Allocated Overhead | 0 | 1 | - | 1 | - | - | - | - | - |
| Materials, Supplies & Maintenance | 13 | 127 | - | 410 | - | 187 | - | - | - |
| Fees & Services | - | 1 | - | 3 | - | - | - | - | - |
| Lease Capacity | - | - | - | - | - | - | 53 | - | - |
| Construction / Operations Fees & Expenses | 18 | 127 | - | 182 | - | - | - | - | - |
| Utilities | 0 | 156 | - | 366 | - | - | - | - | - |
| Office Supplies and Expenses | - | 3 | - | 3 | - | - | - | - | - |
| Rents and Leases | - | 15 | - | 309 | - | - | - | - | - |
| Travel and Training | - | 7 | - | 2 | - | - | - | - | - |
| Other Office Expenses | - | 1 | - | - | - | - | - | - | - |
| Regulatory Expenses | 1 | 5 | - | 6 | - | - | - | - | - |
| Taxes | 16 | 123 | - | 270 | - | 3 | - | - | - |
| Other | - | 0 | - | 25 | - | - | - | - | - |
| **Operation and Maintenance Expenses** | 48 | 730 | - | 1,916 | - | 190 | 53 | - | - |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | - | - | - | - | - | - | - | - | - |
| Benefits and Payroll Taxes | - | - | - | - | - | - | - | - | - |
| Utilities & Communications | - | - | - | - | - | - | - | - | - |
| Other Office G&A Expenses | - | - | - | 0 | - | - | - | - | - |
| IT Expenses | - | - | - | - | - | - | - | - | - |
| Rents and Leases | - | - | - | - | - | - | - | - | - |
| Travel, Entertainment & Training | - | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - | - | - |
| Other Fees | - | - | - | 0 | - | - | - | - | - |
| Bank Fees | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - |
| Property Taxes | - | - | - | - | - | - | - | - | - |
| Fines and Penalties | - | - | - | - | - | - | - | - | - |
| Other Expenses | - | - | - | 0 | - | - | - | - | - |
| **General, Administrative and Other Exp** | - | - | - | 0 | - | - | - | - | - |
| Depreciation and Amortization | 122 | 742 | - | 1,728 | - | 40 | - | - | - |
| Gain or Loss on Sale of Assets | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 170 | 1,472 | - | 3,644 | - | 230 | 53 | - | - |
| **Income (loss) from operations** | 123 | (1,472) | - | 1,517 | - | 823 | 416 | - | - |
| Net interest expense | - | - | - | - | - | - | - | - | - |
| Equity Earnings | - | - | - | (1,059) | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | 123 | (1,472) | - | 458 | - | 823 | 416 | - | - |

MOR-2(p3)

In re  __Southcross Energy Partners, L.P., et al.__

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
**Cumulative for the Period April 1, 2019 through August 31, 2019**

($ in 000's)

| Debtor Case Number | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | - | 1,049 | - | - | 22 | - | 207 | 244 | 3,322 |
| Affiliate Revenue | | | | | | | | | - |
| **Total Revenue** | - | 1,049 | - | - | 22 | - | 207 | 244 | 3,322 |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | | | | | 59 | | | | 135 |
| Affiliate Cost of Sales | | | | | | | | | - |
| **Total Cost of Sales** | - | - | - | - | 59 | - | - | - | 135 |
| **Gross Margin** | - | 1,049 | - | - | (37) | - | 207 | 244 | 3,187 |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | | | | | 231 | | | | 0 |
| Labor | | | | | 1,675 | | 316 | | 525 |
| Benefits and Payroll Taxes | | | | | 502 | | 75 | | 154 |
| Allocated Overhead | | | | | - | | 8 | | 2 |
| Materials, Supplies & Maintenance | | | | | 169 | | 164 | | 163 |
| Fees & Services | | | | | 32 | | 9 | 0 | 1 |
| Lease Capacity | | | | | | | | | - |
| Construction / Operations Fees & Expenses | | | | | 922 | | 351 | 302 | 296 |
| Utilities | | | | | 8 | | 237 | 15 | 64 |
| Office Supplies and Expenses | | | | | 7 | | 4 | | 4 |
| Rents and Leases | | | | | 190 | | 19 | 35 | 15 |
| Travel and Training | | | | | 69 | | 2 | 1 | 14 |
| Other Office Expenses | | | | | 10 | | 0 | | 3 |
| Regulatory Expenses | | | | | 6 | | | | 95 |
| Taxes | | | | | - | | 31 | 39 | 230 |
| Other | | | | | 107 | | 379 | 455 | 0 |
| **Operation and Maintenance Expenses** | | | | | 3,926 | | 1,596 | 852 | 1,568 |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | | | | | 3,784 | | | | |
| Benefits and Payroll Taxes | | | | | 517 | | | | |
| Utilities & Communications | | | | | 75 | | | | |
| Other Office G&A Expenses | | | | | 253 | | | | |
| IT Expenses | | | | | 103 | | | | |
| Rents and Leases | | | | | 514 | | | | |
| Travel, Entertainment & Training | | | | 1 | 16 | | | | |
| Professional Fees | 1,193 | 0 | | | 6,830 | 0 | 353 | | |
| Other Fees | | | | | 427 | | | 0 | |
| Bank Fees | 14 | 1 | | | 16 | | | | |
| Insurance | | | | | 1,702 | | | | |
| Property Taxes | | | | | 52 | | | | |
| Fines and Penalties | | | | | | | | | |
| Other Expenses | 38 | 1 | | | 66 | | 2 | | |
| **General, Administrative and Other Exp** | 1,245 | 3 | | 1 | 14,352 | 0 | 355 | 0 | 0 |
| Depreciation and Amortization | | | | | 812 | | 3,555 | 4,502 | 1,047 |
| Gain or Loss on Sale of Assets | | | | | (76) | | | | |
| **Total Expenses** | 1,245 | 3 | - | 1 | 19,015 | 0 | 5,505 | 5,354 | 2,615 |
| **Income (loss) from operations** | (1,245) | 1,046 | - | (1) | (19,051) | (0) | (5,297) | (5,110) | 573 |
| Net interest expense | (56,426) | - | | (0) | (10,457) | (0) | (29) | (125) | (30) |
| Equity Earnings | | | | | | | | | |
| Taxes | | | | | | | | | |
| **Net Income (loss)** | (57,671) | 1,046 | | (1) | (29,509) | | (5,326) | (5,235) | 543 |

MOR-2(p1)

In re    Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**
Cumulative for the Period April 1, 2019 through August 31, 2019

($ in 000's)

| | 19-10711 Southcross Marketing Company Ltd. | 19-10712 Southcross NGL Pipeline Ltd. | 19-10713 Southcross Midstream Services, L.P. | 19-10714 Southcross Mississippi Industrial Gas Sales, L.P. | 19-10715 Southcross Mississippi Pipeline, L.P. | 19-10716 Southcross Gulf Coast Transmission Ltd. | 19-10717 Southcross Mississippi Gathering, L.P. | 19-10718 Southcross Delta Pipeline LLC | 19-10719 Southcross Alabama Pipeline LLC |
|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | |
| Third Party Revenue | 299,417 | 38 | 2 | 157 | 3,456 | 404 | - | 121 | 9,933 |
| Affiliate Revenue | - | | | | | | | | |
| **Total Revenue** | 299,417 | 38 | 2 | 157 | 3,456 | 404 | - | 121 | 9,933 |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | 285,297 | | | | 286 | | | | 1,404 |
| Affiliate Cost of Sales | 3,056 | | | | - | | | | - |
| **Total Cost of Sales** | 288,352 | - | - | - | 286 | - | - | - | 1,404 |
| **Gross Margin** | 11,064 | 38 | 2 | 157 | 3,170 | 404 | - | 121 | 8,530 |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | | | | | 0 | 942 | | | 200 |
| Labor | | (17) | | | 511 | 713 | | | 555 |
| Benefits and Payroll Taxes | | | | | 141 | 210 | | | 144 |
| Allocated Overhead | | | | | 3 | 2 | | | 3 |
| Materials, Supplies & Maintenance | | 13 | | | 94 | 213 | | | 55 |
| Fees & Services | | 1 | | | 1 | | | | - |
| Lease Capacity | | | | | - | - | | | - |
| Construction / Operations Fees & Expenses | | 73 | | | 544 | 288 | | | 227 |
| Utilities | | 0 | | | 72 | 52 | | | 41 |
| Office Supplies and Expenses | | | | | 2 | 3 | | | 3 |
| Rents and Leases | | 71 | | | 41 | 36 | | | 32 |
| Travel and Training | | 0 | | | 3 | 8 | | | 2 |
| Other Office Expenses | | | | | 0 | 2 | | | 0 |
| Regulatory Expenses | 1 | 21 | | | 98 | 63 | | | 113 |
| Taxes | | 75 | | 2 | 447 | 212 | | 101 | 81 |
| Other | | | | | 15 | - | | | 0 |
| **Operation and Maintenance Expenses** | 1 | 237 | | 2 | 1,971 | 2,744 | | 101 | 1,458 |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | | | 32 | 16 | | | | | |
| Benefits and Payroll Taxes | | | | | | | | | |
| Utilities & Communications | | | | | | | | | |
| Other Office G&A Expenses | | | | | | | | | |
| IT Expenses | | | | | | | | | |
| Rents and Leases | | | | | | | | | |
| Travel, Entertainment & Training | | | | | | 0 | | | |
| Professional Fees | | | | | 1 | | 1 | | 8 |
| Other Fees | | 0 | 0 | | | | | | |
| Bank Fees | | | | | | | | | |
| Insurance | | | | | | | | | |
| Property Taxes | | | | | | | | | |
| Fines and Penalties | | | | | | | | | |
| Other Expenses | 0 | | | | | 0 | | | (0) |
| **General, Administrative and Other Exp** | 0 | 0 | 32 | 16 | 1 | 0 | 1 | - | 7 |
| Depreciation and Amortization | | 935 | | | 1,418 | 1,301 | | 308 | 558 |
| Gain or Loss on Sale of Assets | | | | | (100) | | | | 11 |
| **Total Expenses** | 1 | 1,172 | 33 | 18 | 3,291 | 4,045 | 1 | 409 | 2,035 |
| **Income (loss) from operations** | 11,063 | (1,134) | (32) | 139 | (121) | (3,640) | (1) | (288) | 6,495 |
| Net interest expense | (116) | (5) | (0) | (1) | (84) | (76) | (0) | (0) | (46) |
| Equity Earnings | - | - | - | - | - | - | - | - | - |
| Taxes | - | | | | | | | | (4) |
| **Net Income (loss)** | 10,947 | (1,138) | (32) | 138 | (205) | (3,716) | (1) | (288) | 6,445 |

MOR-2(p2)

In re   Southcross Energy Partners, L.P., et al.

Case No.:   19-10702 (MFW)
Reporting Period:   September 2019

STATEMENT OF OPERATIONS (INCOME STATEMENT)
Cumulative for the Period April 1, 2019 through August 31, 2019

($ in 000's)

| Debtor Case Number | 19-10720 | 19-10721 | 19-10722 | 19-10723 | 19-10724 | 19-10725 | 19-10726 | 19-10727 | 19-10728 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity | Southcross Nueces Pipelines LLC | Southcross Processing LLC | FL Rich Gas Services GP, LLC | FL Rich Gas Services, LP | FL Rich Gas Utility GP, LLC | FL Rich Gas Utility, LP | Southcross Transmission, LP | T2 EF Cogeneration Holdings | T2 EF Cogeneration LLC |
| **Revenues** | | | | | | | | | |
| Third Party Revenue | 824 | 82 | - | 5,196 | - | 7,586 | 2,291 | - | - |
| Affiliate Revenue | - | - | - | 22,038 | - | - | - | - | - |
| **Total Revenue** | 824 | 82 | - | 27,234 | - | 7,586 | 2,291 | - | - |
| **Cost of Sales** | | | | | | | | | |
| Third Party Cost of Sales | - | - | - | 9,504 | - | - | 30 | - | - |
| Affiliate Cost of Sales | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | - | - | - | 9,504 | - | - | 30 | - | - |
| **Gross Margin** | 824 | 82 | - | 17,731 | - | 7,586 | 2,261 | - | - |
| **Operation and Maintenance Expenses** | | | | | | | | | |
| Pipeline Integrity | - | - | - | 0 | - | - | - | - | - |
| Labor | - | 1,007 | - | 1,645 | - | - | - | - | - |
| Benefits and Payroll Taxes | - | 203 | - | 269 | - | - | - | - | - |
| Allocated Overhead | 0 | 5 | - | 5 | - | - | - | - | - |
| Materials, Supplies & Maintenance | 26 | 672 | - | 2,071 | - | - | - | - | - |
| Fees & Services | - | 11 | - | 42 | - | - | - | - | - |
| Lease Capacity | - | - | - | - | - | - | - | - | - |
| Construction / Operations Fees & Expenses | 60 | 427 | - | 833 | - | 1,122 | 315 | - | - |
| Utilities | 1 | 1,067 | - | 1,702 | - | - | - | - | - |
| Office Supplies and Expenses | - | 12 | - | 23 | - | - | - | - | - |
| Rents and Leases | 0 | 30 | - | 1,948 | - | - | - | - | - |
| Travel and Training | - | 14 | - | 38 | - | - | - | - | - |
| Other Office Expenses | - | 2 | - | 0 | - | - | - | - | - |
| Regulatory Expenses | 11 | 39 | - | 115 | - | 1 | - | - | - |
| Taxes | 103 | 738 | - | 1,619 | - | 17 | (1) | - | - |
| Other | - | 1 | - | 30 | - | 22 | 5 | - | - |
| **Operation and Maintenance Expenses** | 201 | 4,228 | - | 10,340 | - | 1,163 | 319 | - | - |
| **General, Administrative and Other Exp** | | | | | | | | | |
| Labor | - | - | - | - | - | - | - | - | - |
| Benefits and Payroll Taxes | - | - | - | - | - | - | - | - | - |
| Utilities & Communications | - | - | - | - | - | - | - | - | - |
| Other Office G&A Expenses | - | - | - | 6 | - | - | - | - | - |
| IT Expenses | - | - | - | - | - | - | - | - | - |
| Rents and Leases | - | - | - | - | - | - | - | - | - |
| Travel, Entertainment & Training | - | - | - | 2 | - | - | - | - | - |
| Professional Fees | 0 | 0 | - | 0 | - | 0 | 0 | - | - |
| Other Fees | - | - | - | 1 | - | - | - | - | - |
| Bank Fees | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | 1 | - | - | - | - | - |
| Property Taxes | - | - | - | - | - | - | - | - | - |
| Fines and Penalties | - | - | - | 0 | - | - | - | - | - |
| Other Expenses | - | 1 | - | 2 | - | - | - | - | - |
| **General, Administrative and Other Exp** | 0 | 1 | - | 10 | - | 0 | 0 | - | - |
| Depreciation and Amortization | 729 | 4,455 | - | 11,610 | - | 241 | - | - | - |
| Gain or Loss on Sale of Assets | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 931 | 8,684 | - | 21,961 | - | 1,404 | 319 | - | - |
| **Income (loss) from operations** | (107) | (8,602) | - | (4,230) | - | 6,182 | 1,942 | - | - |
| Net interest expense | (1) | (12) | - | (125) | - | - | - | - | - |
| Equity Earnings | - | - | - | (6,355) | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | (107) | (8,614) | - | (10,710) | - | 6,182 | 1,942 | - | - |

MOR-2(p3)

In re    Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**BALANCE SHEET**
As of September 30, 2019

*($ in 000's)*

| | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Case Number: Debtor Entity: | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Assets** | | | | | | | | | |
| Cash | - | - | - | - | 66,168 | - | - | - | 18 |
| Accounts Receivable | 119 | 1,256 | - | - | (4,934) | - | 1,038 | (112) | (9) |
| Due from Affiliates | 21,554 | 347 | - | - | (119,721) | - | (22) | (46) | (121) |
| Prepaid Expenses | (1,687) | - | - | - | 2,999 | - | (94) | 166 | 5 |
| Other Current Assets | - | - | - | - | 16,883 | - | 1,540 | - | - |
| **Total Current Assets** | 19,986 | 1,604 | - | - | (38,606) | - | 2,460 | 7 | (107) |
| Property, Plant and Equip | - | - | - | - | 3,734 | - | 62,371 | 196,109 | 45,981 |
| Investment in JV | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | 1,112,043 | 42,700 | - | (4) | (109,894) | (2) | (238,116) | (269,740) | (34,608) |
| Other Assets | 1,618 | - | - | - | 13,288 | - | - | 73 | 131 |
| **Total Assets** | $ 1,133,647 | $ 44,304 | - | $ (4) | $ (131,479) | $ (2) | $ (173,285) | $ (73,551) | $ 11,397 |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | 103 | - | - | - | 11,324 | - | 587 | 484 | 688 |
| Accounts Payable–Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | 256,481 | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 707 | - | - | - | 1,964 | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | - | - | - | - | 223 | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 257,292 | - | - | - | 13,511 | - | 587 | 484 | 688 |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | (976) | - | - | - | 413 | - | 277 | 700 | 476 |
| Accounts Payable–Affiliate | - | - | - | - | 7,310 | - | - | (334) | (1,758) |
| Secured Debt/Adequate Protection | 390,712 | - | - | - | - | - | 33 | - | - |
| Other Current Liabilities | 18,487 | - | - | - | 2,753 | - | - | - | 0 |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | (63) | - | - | - | 13,890 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 408,159 | - | - | - | 24,366 | - | 310 | 366 | (1,282) |
| **Total Liabilities** | 665,451 | - | - | - | 37,876 | - | 897 | 850 | (594) |
| **Equity** | | | | | | | | | |
| **Total Equity** | 468,197 | 44,304 | - | (4) | (169,355) | (2) | (174,181) | (74,401) | 11,991 |
| **Total Liabilities & Equity** | $ 1,133,647 | $ 44,304 | - | $ (4) | $ (131,479) | $ (2) | $ (173,285) | $ (73,551) | $ 11,397 |

MOR-3.1 (p1)

In re    Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**BALANCE SHEET**
As of September 30, 2019

($ in 000's)

| Debtor Case Number: | 19-10711 | 19-10712 | 19-10713 | 19-10714 | 19-10715 | 19-10716 | 19-10717 | 19-10718 | 19-10719 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | Southcross Marketing Company Ltd. | Southcross NGL Pipeline Ltd. | Southcross Midstream Services, L.P. | Southcross Mississippi Industrial Gas Sales, L.P. | Southcross Mississippi Pipeline, L.P. | Southcross Gulf Coast Transmission Ltd. | Southcross Mississippi Gathering, L.P. | Southcross Delta Pipeline LLC | Southcross Alabama Pipeline LLC |
| **Assets** | | | | | | | | | |
| Cash | - | - | - | - | - | 4,026 | - | - | - |
| Accounts Receivable | 56,210 | - | - | - | 146 | (153) | - | (924) | - |
| Due from Affiliates | (2,614) | (10) | - | - | (13) | (0) | - | - | (2) |
| Prepaid Expenses | - | (3) | - | 4 | 122 | 8 | - | - | 119 |
| Other Current Assets | (17,016) | - | - | - | 150 | - | - | - | 510 |
| **Total Current Assets** | 36,580 | (13) | - | 4 | 405 | 3,880 | - | (924) | 627 |
| Property, Plant and Equip | - | 40,961 | 315 | 625 | 50,203 | 47,226 | - | 10,562 | 22,313 |
| Investment in JV | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | 331,280 | (52,881) | (664) | 167 | (51,531) | (62,587) | (3) | (9,361) | 89,383 |
| Other Assets | (7,012) | - | - | - | 9 | - | - | - | 1,242 |
| **Total Assets** | $ 360,848 | $ (11,933) | $ (349) | $ 795 | $ (913) | $ (11,481) | $ (3) | $ 277 | $ 113,565 |
| **Liabilities Not Subject to Compromise (Post-Peti** | | | | | | | | | |
| AP and Accrued Expenses | 20,893 | 75 | - | - | 478 | 220 | - | 101 | 91 |
| Accounts Payable-Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 40 | - | - | - | 130 | - | - | - | 129 |
| Deferred Revenue | - | - | - | - | 86 | - | - | - | - |
| Total Other Long-Term Liabilities | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 20,933 | 75 | - | - | 694 | 220 | - | 101 | 220 |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | 14,784 | 37 | - | - | 160 | 166 | - | 50 | 41 |
| Accounts Payable-Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 10,831 | - | - | - | 30 | 21 | - | - | 21 |
| Deferred Revenue | - | - | - | - | 1,640 | - | - | - | - |
| Total Other Long-Term Liabilities | (6,499) | - | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 19,116 | 37 | - | - | 1,831 | 187 | - | 50 | 62 |
| **Total Liabilities** | 40,049 | 112 | - | - | 2,525 | 407 | - | 151 | 282 |
| **Equity** | | | | | | | | | |
| **Total Equity** | 320,799 | (12,045) | (349) | 795 | (3,438) | (11,888) | (3) | 126 | 113,283 |
| **Total Liabilities & Equity** | $ 360,848 | $ (11,933) | $ (349) | $ 795 | $ (913) | $ (11,481) | $ (3) | $ 277 | $ 113,565 |

MOR-3.1 (p2)

In re    Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

BALANCE SHEET
As of September 30, 2019

($ in 000's)

| Debtor Entity: | Southcross Nueces Pipelines LLC | Southcross Processing LLC | FL Rich Gas Services GP, LLC | FL Rich Gas Services, LP | FL Rich Gas Utility GP, LLC | FL Rich Gas Utility, LP | Southcross Transmission, LP | T2 EF Cogeneration Holdings | T2 EF Cogeneration LLC |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Case Number: | 19-10720 | 19-10721 | 19-10722 | 19-10723 | 19-10724 | 19-10725 | 19-10726 | 19-10727 | 19-10728 |
| **Assets** | | | | | | | | | |
| Cash | - | - | - | 166 | - | - | - | - | - |
| Accounts Receivable | - | - | - | 2,707 | - | 3,107 | 1,094 | - | - |
| Due from Affiliates | (0) | (51) | - | 110,085 | - | (7,041) | (2,520) | - | 1,026 |
| Prepaid Expenses | 56 | (63) | - | (98) | - | - | (1) | - | - |
| Other Current Assets | - | 7,700 | - | - | - | - | - | - | - |
| **Total Current Assets** | **56** | **7,587** | **-** | **112,860** | **-** | **(3,934)** | **(1,427)** | **-** | **1,026** |
| Property, Plant and Equip | 31,457 | 76,047 | - | 215,907 | - | 9,295 | - | - | 1,352 |
| Investment in JV | - | - | - | 88,396 | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | (36,062) | (185,195) | - | (581,959) | - | 69,027 | 30,706 | - | - |
| Other Assets | 106 | - | - | - | - | - | - | - | - |
| **Total Assets** | **$ (4,444)** | **$ (101,561)** | **$ -** | **$ (164,796)** | **$ -** | **$ 74,388** | **$ 29,279** | **$ -** | **$ 2,378** |
| **Liabilities Not Subject to Compromise (Post-Petit** | | | | | | | | | |
| AP and Accrued Expenses | 97 | 801 | - | 2,034 | - | 17 | - | - | 28 |
| Accounts Payable-Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | **97** | **801** | **-** | **2,034** | **-** | **17** | **-** | **-** | **28** |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | 99 | 369 | - | 1,516 | - | 15 | 0 | - | 62 |
| Accounts Payable-Affiliate | - | - | - | (5,217) | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | - | 7,712 | - | 369 | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | 50 | - | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | **149** | **8,081** | **-** | **(3,332)** | **-** | **15** | **0** | **-** | **62** |
| **Total Liabilities** | **246** | **8,882** | **-** | **(1,298)** | **-** | **31** | **0** | **-** | **91** |
| **Equity** | | | | | | | | | |
| **Total Equity** | **(4,690)** | **(110,443)** | **-** | **(163,498)** | **-** | **74,357** | **29,279** | **-** | **2,287** |
| **Total Liabilities & Equity** | **$ (4,444)** | **$ (101,561)** | **$ -** | **$ (164,796)** | **$ -** | **$ 74,388** | **$ 29,279** | **$ -** | **$ 2,378** |

MOR-3.1 (p3)

In re ___Southcross Energy Partners, L.P., et al.___

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

BALANCE SHEET
As of the Petition Date (4/1/19)

($ in 000's)

| Debtor Case Number: | 19-10702 | 19-10703 | 19-10704 | 19-10705 | 19-10706 | 19-10707 | 19-10708 | 19-10709 | 19-10710 |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | Southcross Energy Partners, L.P. | Southcross Energy Partners GP, LLC | Southcross Energy Finance Corp. | Southcross Energy Operating, LLC | Southcross Energy GP LLC | Southcross Energy LP LLC | Southcross Gathering Ltd. | Southcross CCNG Gathering Ltd. | Southcross CCNG Transmission Ltd. |
| **Assets** | | | | | | | | | |
| Cash | $ - | $ 479 | $ - | $ - | $ (2,580) | - | $ - | $ - | $ - |
| Accounts Receivable | 119 | - | - | - | (14,402) | - | - | (112) | 18 |
| Due from Affiliates | 21,554 | 3,834 | - | - | (124,309) | - | (22) | (46) | (4) |
| Prepaid Expenses | (1,155) | - | - | - | 5,788 | - | (85) | 177 | (150) |
| Other Current Assets | 1 | - | - | - | 5,999 | - | 1,540 | - | 5 |
| **Total Current Assets** | 20,519 | 4,313 | - | - | (129,504) | - | 1,433 | 18 | (131) |
| Property, Plant and Equip | - | - | - | - | 4,272 | - | 66,906 | 201,040 | 45,513 |
| Investment in JV | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | 1,155,286 | 41,368 | - | (3) | (116,635) | (1) | (236,848) | (269,819) | (35,296) |
| Other Assets | 1,910 | - | - | - | 7,927 | - | 80 | 80 | 142 |
| **Total Assets** | $ 1,177,715 | $ 45,681 | $ - | $ - | $ (233,940) | (1) $ | $ (168,509) | $ (68,681) | $ 10,228 |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | (871) | - | - | - | 7,447 | - | 313 | 793 | 537 |
| Accounts Payable–Affiliate | - | - | - | - | 7,310 | - | - | (334) | (1,758) |
| Secured Debt | 555,569 | - | - | - | (50,440) | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 97,794 | (766) | - | - | (69,014) | - | 33 | - | 0 |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | (94) | - | - | - | 9,912 | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 652,398 | (766) | - | - | (94,785) | - | 346 | 459 | (1,221) |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | | | | | | | | | |
| Accounts Payable–Affiliate | | | | | | | | | |
| Secured Debt/Adequate Protection | | | | | | | | | |
| Other Current Liabilities | | | | | | | | | |
| Deferred Revenue | | | | | | | | | |
| Total Other Long-Term Liabilities | | | | | | | | | |
| **Total Liabilities Subject to Compromise** | 652,398 | (766) | - | - | (94,785) | - | 346 | 459 | (1,221) |
| **Total Liabilities** | 652,398 | (766) | - | - | (94,785) | - | 346 | 459 | (1,221) |
| **Equity** | | | | | | | | | |
| Total Equity | 525,317 | 46,446 | - | - | (139,154) | (1) | (168,855) | (69,140) | 11,448 |
| **Total Liabilities & Equity** | $ 1,177,715 | $ 45,681 | $ - | $ - | $ (233,940) | (1) $ | $ (168,509) | $ (68,681) | $ 10,228 |

MOR-3.2 (p1)

In re   Southcross Energy Partners, L.P., *et al.*

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

**BALANCE SHEET**
As of the Petition Date (4/1/19)

*($ in 000's)*

| Debtor Case Number: | 19-10711 Southcross Marketing Company Ltd. | 19-10712 Southcross NGL Pipeline Ltd. | 19-10713 Southcross Midstream Services, L.P. | 19-10714 Southcross Mississippi Industrial Gas Sales, L.P. | 19-10715 Southcross Mississippi Pipeline, L.P. | 19-10716 Southcross Gulf Coast Transmission Ltd. | 19-10717 Southcross Mississippi Gathering, L.P. | 19-10718 Southcross Delta Pipeline LLC | 19-10719 Southcross Alabama Pipeline LLC |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Cash | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - |
| Accounts Receivable | 62,542 | 1,055 | - | - | 146 | 4,026 | - | (924) | 29 |
| Due from Affiliates | (2,614) | (10) | - | - | (13) | (153) | - | - | (2) |
| Prepaid Expenses | - | (0) | - | - | 50 | (0) | - | - | 45 |
| Other Current Assets | 591 | - | - | 2 | 231 | 2 | - | - | 512 |
| **Total Current Assets** | 60,519 | 1,045 | - | 2 | 415 | 3,874 | - | (924) | 584 |
| Property, Plant and Equip | - | 41,587 | 347 | 640 | 51,551 | 48,674 | - | 10,870 | 22,017 |
| Investment in JV | - | - | - | - | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | 303,006 | (53,461) | (664) | 15 | (52,949) | (60,503) | (2) | (9,481) | 83,100 |
| Other Assets | (7,012) | - | - | - | 9 | - | - | - | 1,270 |
| **Total Assets** | $ 356,513 | $ (10,830) | $ (317) | $ 656 | $ (975) | $ (7,954) | $ (2) | $ 464 | $ 106,971 |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | - | - | - | - | - | - | - | - | - |
| Accounts Payable–Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | - | - | - | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | - | - | - | - | - |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | 42,047 | - | - | - | 205 | 197 | - | 50 | 107 |
| Accounts Payable–Affiliate | - | 77 | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 74 | - | - | - | 36 | 21 | - | - | 22 |
| Deferred Revenue | 11,039 | - | - | - | 1,992 | - | - | - | - |
| Total Other Long-Term Liabilities | (6,499) | - | - | - | 5 | - | - | - | 4 |
| **Total Liabilities Subject to Compromise** | 46,662 | 77 | - | - | 2,238 | 218 | - | 50 | 133 |
| **Total Liabilities** | 46,662 | 77 | - | - | 2,238 | 218 | - | 50 | 133 |
| **Equity** | | | | | | | | | |
| **Total Equity** | 309,852 | (10,907) | (317) | 656 | (3,213) | (8,172) | (2) | 414 | 106,838 |
| **Total Liabilities & Equity** | $ 356,513 | $ (10,830) | $ (317) | $ 656 | $ (975) | $ (7,954) | $ (2) | $ 464 | $ 106,971 |

In re    Southcross Energy Partners, L.P., et al.

Case No.: 19-10702 (MFW)
Reporting Period: September 2019

*($ in 000's)*

**BALANCE SHEET**
**As of the Petition Date (4/1/19)**

| Debtor Entity: | 19-10720 Southcross Nueces Pipelines LLC | 19-10721 Southcross Processing LLC | 19-10722 FL Rich Gas Services GP, LLC | 19-10723 FL Rich Gas Services, LP | 19-10724 FL Rich Gas Utility GP, LLC | 19-10725 FL Rich Gas Utility, LP | 19-10726 Southcross Transmission, LP | 19-10727 T2 EF Cogeneration Holdings | 19-10728 T2 EF Cogeneration LLC |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Cash | $ - | $ - | - | $ 210 | - | $ - | $ 1,094 | $ - | $ - |
| Accounts Receivable | (0) | - | - | 1,088 | - | 3,107 | (2,520) | - | - |
| Due from Affiliates | - | (51) | - | 103,169 | - | (7,041) | (1) | - | - |
| Prepaid Expenses | 50 | (56) | - | (84) | - | - | - | - | - |
| Other Current Assets | - | 7,700 | - | - | - | - | - | - | - |
| **Total Current Assets** | **50** | **7,594** | **-** | **104,383** | **-** | **(3,934)** | **(1,427)** | **-** | **-** |
| Property, Plant and Equip | 32,186 | 78,630 | - | 227,145 | - | 9,536 | 28,771 | - | - |
| Investment in JV | - | - | - | 94,750 | - | - | - | - | - |
| Investment in Unconsolidated Subsidiaries | (36,798) | (179,858) | - | (580,477) | - | 62,615 | - | - | - |
| Other Assets | 129 | - | - | - | - | - | - | - | - |
| **Total Assets** | **$ (4,433)** | **$ (93,634)** | **$ -** | **$ (154,199)** | **$ -** | **$ 68,217** | **$ 27,344** | **$ -** | **$ -** |
| **Liabilities Not Subject to Compromise (Post-Petit** | | | | | | | | | |
| AP and Accrued Expenses | 99 | 483 | - | 3,557 | - | 42 | 7 | - | - |
| Accounts Payable–Affiliate | - | - | - | (5,217) | - | - | - | - | - |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | - | 7,712 | - | 249 | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | 50 | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | **149** | **8,195** | **-** | **(1,411)** | **-** | **42** | **7** | **-** | **-** |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | | | | | | |
| AP and Accrued Expenses | - | - | - | - | - | - | - | - | - |
| Accounts Payable–Affiliate | - | - | - | - | - | - | - | - | - |
| Secured Debt/Adequate Protection | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - |
| Total Other Long-Term Liabilities | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Liabilities** | **149** | **8,195** | **-** | **(1,411)** | **-** | **42** | **7** | **-** | **-** |
| **Equity** | | | | | | | | | |
| **Total Equity** | **(4,582)** | **(101,829)** | **-** | **(152,788)** | **-** | **68,174** | **27,337** | **-** | **-** |
| **Total Liabilities & Equity** | **$ (4,433)** | **$ (93,634)** | **$ -** | **$ (154,199)** | **$ -** | **$ 68,217** | **$ 27,344** | **$ -** | **$ -** |

MOR-3.2 (p3)

| In re | Southcross Energy Partners, L.P., *et al.* | Case No.: | 19-10702 (MFW) |
|---|---|---|---|
| | | Reporting Period: | September 2019 |

**STATUS OF POSTPETITION TAXES**
**For the Period September 1, 2019 through September 30, 2019**

The Debtor attests that, to the best of their knowledge,  the Debtor entities have filed all necessary federal, state and local tax returns and made all required post petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversight. Below is the estimated Tax Liabilities balance as of 9/30/19:

*($ in 000's)*

| | | Ending Tax Liability |
|---|---|---|
| **Federal** | | |
| Withholding | $ | 19 |
| FICA - Employer | | 6 |
| FICA - Employee | | 109 |
| Unemployment | | 0 |
| Income | | - |
| Other | | 32 |
| **Total Federal** | **$** | **166** |
| **State and Local** | | |
| Withholding | $ | 0 |
| Sales | | - |
| Excise | | - |
| Unemployment | | 0 |
| Real Property | | - |
| Personal Property | | 7,044 |
| Other | | - |
| **Total State and Local** | **$** | **7,045** |
| **Total** | **$** | **7,211** |

**For the Period September 1, 2019 through September 30, 2019**

*($ in 000's)*

| Account | Current | 1-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable (Acct #2000) | 2,806 | 104 | 315 | - | - | $ 3,225 |
| Accrued Expenses - GM (Acct #2001) | 21,740 | - | - | - | - | 21,740 |
| Accrued Payroll (acct #2115) | 1,890 | - | - | - | - | 1,890 |
| Interest Payable (Acct #2140) | 707 | - | - | - | - | 707 |
| **Total Postpetition Debts** | **$ 27,144** | **$ 104** | **$ 315** | **$ -** | **$ -** | **$ 27,563** |

MOR-4

| In re   Southcross Energy Partners, L.P., et al. | Case No.: | 19-10702 (MFW) |
|---|---|---|
| | Reporting Period: | September 2019 |

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**
**For the Period September 1, 2019 through September 30, 2019**

*($ in 000's)*

| Accounts Receivable | 0-30 | 31-60 | 61-90 | Over 90 | Elim/Adj | Total AR |
|---|---|---|---|---|---|---|
| Net Accounts Receivable | $  54,284 | $  291 | $  0 | $  55 | $  (13,179) | $  41,451 |
| **Total Accounts Receivable** | **$  54,284** | **$  291** | **$  0** | **$  55** | **$  (13,179)** | **$  41,451** |

**DEBTOR QUESTIONNAIRE**
**For the Period September 1, 2019 through September 30, 2019**

| | Yes | No |
|---|---|---|
| 1) Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below.<br>Explanation:_____. | | ✓ |
| 2) Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below.<br>Explanation:_____. | | ✓ |
| 3) Have all postpetition tax returns been timely filed? If no, provide an explanation below.<br>Explanation:_____ | ✓ | |
| 4) Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below.<br>Explanation:_____ | ✓ | |
| 5) Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

**MOR-5**