**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) <br> ) <br> SOUTHCROSS ENERGY PARTNERS, L.P., ) <br> *et al.*, ) <br> ) <br> Debtors.[1] ) <br> ) | Chapter 11 <br><br> Case No. 19-10702 (MFW) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 5, 2019 AT 2:00 P.M. (EASTERN STANDARD TIME)**

MATTER GOING FORWARD

1. Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Notice Procedures (D.I. 521, Filed 10/4/19).

    Objection Deadline:  October 21, 2019 at 4:00 p.m. (EDT).

    Responses Received:

    a) The United States Trustee's Objection to the Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

        Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Notice Procedures (D.I. 558, Filed 10/21/19);

b)      Objection of Cigna Entities to Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors (D.I. 559, Filed 10/21/19);

c)      Informal comments from the United States Securities and Exchange Commission (the "<u>SEC</u>"); and

d)      Informal comments from Willkie Farr & Gallagher LLP, counsel to the post-petition lenders and an ad hoc group of prepetition lenders (the "<u>Secured Lenders</u>").

<u>Related Pleadings</u>:

a)      Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 519, Filed 10/4/19);

b)      Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 520, Filed 10/4/19);

c)      Notice of Disclosure Statement Hearing (D.I. 523, Filed 10/4/19);

d)      Order Shortening Notice of (A) Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Notice Procedures and (B) Applicable Dates and Deadlines in Connection with the Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 524, Filed 10/7/19);

e)      Notice of Rescheduled Disclosure Statement Hearing, Confirmation Hearing and Certain Other Deadlines Related to Confirmation of Debtors' Chapter 11 Plan of Reorganization (D.I. 603, Filed 10/23/19);

f)      Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 633, Filed 10/28/19);

g)      [BLACKLINE] Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 634, Filed 10/28/19);

h)      Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 638, Filed 10/29/19);

-3-

i)         [BLACKLINE] Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 639, Filed 10/29/19); and

j)         Debtors' Reply in Opposition to the Cigna Objection and in Further Support of Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Notice Procedures (D.I. 652, Filed 10/31/19).

Status: The Debtors have resolved the issues of the Office of the United States Trustee, the SEC, and the Secured Lenders. This matter is going forward with respect to the objection filed by the Cigna Entities.

| | |
|---|---|
| Dated: November 1, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York  10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |