IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-10702 (MFW)<br><br>Jointly Administered<br><br>Re: D.I. 603, 674, 675, 677 & 709 |

### NOTICE OF FURTHER ADJOURNMENT OF CONFIRMATION HEARING TO A DATE TO BE DETERMINED AND EXTENSION OF CERTAIN OTHER DEADLINES RELATED TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that, as previously noticed,[2] the hearing on confirmation (the "**Confirmation Hearing**") of the *Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors* [D.I. 675] (as may be modified, amended, or supplemented from time to time, the "**Plan**")[3] is currently scheduled for December 16, 2019 at 2:00 p.m. (Eastern Standard Time) before the Honorable Mary F. Walrath, United States Bankruptcy Judge in the United States

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings, LLC (0613); and T2 EF Cogeneration LLC (4976).  The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2] As set forth in the *Notice of Adjournment of Confirmation Hearing and Extension of Certain Other Deadlines Related to Confirmation of Debtors' Chapter 11 Plan of Reorganization* [D.I. 709] (the "Prior Adjournment Notice"), certain of the Confirmation Deadlines (as defined therein) were previously adjourned. Such dates are being further adjourned as set forth herein.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement Order, or the Prior Adjournment Notice, as applicable.

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Disclosure Statement Order, the Confirmation Hearing has been adjourned to a **date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that, in connection with such adjournment, the Confirmation Deadlines listed in the Prior Adjournment Notice are also adjourned.

**PLEASE TAKE FURTHER NOTICE** that **the Debtors will provide additional notice when the Confirmation Hearing and the Confirmation Deadlines are rescheduled**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further adjourn the Confirmation Hearing and the Confirmation Deadlines.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Disclosure Statement [D.I. 677], the Plan, and any related documents may be obtained from (i) Kurtzman Carson Consultants LLC at no charge by accessing the Debtors' restructuring website at http://www.kccllc.net/southcrossenergy, by writing to 222 N. Pacific Coast Highway, Suite 300, El Segundo, California 90245, or by telephone at (866) 967-0671 (toll-free) or (310) 751-2671 (if calling from outside the U.S. or Canada) or (ii) for a fee via PACER at http://www.deb.uscourts.gov.

Dated: December 5, 2019
      Wilmington, Delaware

Respectfully submitted,

MORRIS, NICHOLS ARSHT & TUNNELL LLP

<u>/s/ Joseph C. Barsalona II</u>
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com

-and-

DAVIS POLK & WARDWELL LLP

Marshall S. Huebner (admitted *pro hac vice*)
Darren S. Klein (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
marshall.huebner@davispolk.com
darren.klein@davispolk.com
steven.szanzer@davispolk.com

*Counsel to the Debtors and Debtors in Possession*