**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | ) ) ) | Case No. 19-10702 (MFW) |
| Debtors.[1] | ) ) ) ) | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 7, 2020 AT 10:30 A.M. (EASTERN STANDARD TIME)

MATTER UNDER CERTIFICATION

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject the Dallas Lease as of the Effective Date and (II) Enter into the License Agreement with 1717 Tower Owner, LP, with Respect to the Dallas Premises (D.I. 787, Filed 12/23/19).

    Objection Deadline: December 31, 2019 at 4:00 p.m. (ET).

    Responses Received:

    a)   Informal comments from 1717 Tower Owner, LP.

    Related Pleadings:

    a)   Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject the Dallas Lease as of the Effective Date and (II) Enter into the License Agreement with 1717 Tower Owner, LP, with Respect to the Dallas Premises (D.I. 796, Filed 1/3/20).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

Status:  A revised form of order has been filed under certificate of counsel.

MATTERS GOING FORWARD

2. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Continued Solicitation of the Amended Chapter 11 Plan, (II) Approving the Adequacy of the Disclosure Statement Supplement in Connection with the Amended Chapter 11 Plan, (III) Establishing Certain Deadlines and Procedures in Connection with Confirmation of the Amended Chapter 11 Plan, and (IV) Granting Related Relief (D.I. 768, Filed 12/16/19).

Objection Deadline:  December 30, 2019 at 4:00 p.m. (ET).

Responses Received:

a) Informal comments from the United States Securities and Exchange Commission.

Related Pleadings:

a) Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Notice Procedures (D.I. 674, Filed 11/7/19);

b) Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 675, Filed 11/7/19);

c) Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors (D.I. 677, Filed 11/7/19);

d) First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 764, Filed 12/16/19);

e) [BLACKLINE] First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 765, Filed 12/16/19);

f) Disclosure Statement Supplement for First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 766, Filed 12/16/19); and

g) [BLACKLINE] Disclosure Statement Supplement for First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 767, Filed 12/16/19).

-3-

    Status:  This matter is going forward.

3.    Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Exit Financing Commitment Letter, (II) Approving Alternate Transaction Fee, and (III) Granting Related Relief (D.I. 769, Filed 12/16/19).

    Objection Deadline:  December 30, 2019 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

        a)    Notice of Amended Exit Financing Term Sheet (D.I. 793, Filed 12/27/19).

    Status:  This matter is going forward.

| | |
|---|---|
| Dated: January 3, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York  10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |