# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SOUTHCROSS ENERGY PARTNERS, L.P., *et al.*, | Case No. 19-10702 (MFW) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 27, 2020 AT 10:30 A.M. (EASTERN STANDARD TIME)

### MATTER GOING FORWARD

1. First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (SOLICITATION VERSION) (D.I. 816, Filed 1/7/20).

    Objection Deadline: January 21, 2020 at 6:00 p.m. (ET).

    Responses Received:

    a) Informal comments from the United States Trustee;

    b) Informal comments from the United States Securities and Exchange Commission;

    c) Informal comments from the Dow Chemical Company and its subsidiaries Dow Hydrocarbons & Resources LLC and Seadrift Pipeline Corporation;

    d) Informal comments from the Texas Comptroller of Public Accounts;

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southcross Energy Partners, L.P. (5230); Southcross Energy Partners GP, LLC (5141); Southcross Energy Finance Corp. (2225); Southcross Energy Operating, LLC (9605); Southcross Energy GP LLC (4246); Southcross Energy LP LLC (4304); Southcross Gathering Ltd. (7233); Southcross CCNG Gathering Ltd. (9553); Southcross CCNG Transmission Ltd. (4531); Southcross Marketing Company Ltd. (3313); Southcross NGL Pipeline Ltd. (3214); Southcross Midstream Services, L.P. (5932); Southcross Mississippi Industrial Gas Sales, L.P. (7519); Southcross Mississippi Pipeline, L.P. (7499); Southcross Gulf Coast Transmission Ltd. (0546); Southcross Mississippi Gathering, L.P. (2994); Southcross Delta Pipeline LLC (6804); Southcross Alabama Pipeline LLC (7180); Southcross Nueces Pipelines LLC (7034); Southcross Processing LLC (0672); FL Rich Gas Services GP, LLC (5172); FL Rich Gas Services, LP (0219); FL Rich Gas Utility GP, LLC (3280); FL Rich Gas Utility, LP (3644); Southcross Transmission, LP (6432); T2 EF Cogeneration Holdings LLC (0613); and T2 EF Cogeneration LLC (4976). The debtors' mailing address is 1717 Main Street, Suite 5300, Dallas, TX 75201.

[2] **Amended items are in bold.**

#92843110v1

e) Informal comments from the Internal Revenue Service;

f) Informal comments from the United States Department of Justice;

g) Informal comment from the Texas Attorney General's Office;

h) Informal comments from Cigna entities;

i) Informal comments from Targa entities;

j) Informal comments from Wilkie Farr & Gallagher LLP, counsel to the post-petition lenders and an ad hoc group of prepetition lenders;

k) Informal comments from Wilmington Trust, National Association, as DIP Agent, Prepetition Revolving Credit Facility Agent, and Prepetition Term Loan Agent;

l) The Texas Taxing Authorities' Objection to the Debtors' Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 655, Filed 11/1/2019);

   **i.)    Withdrawal of the Texas Taxing Authorities' Objection to the Debtors' Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 849, Filed 1/23/20).**

m) [SEALED] Objection to (I) Notice of Rejected Contracts and Leases and (II) Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors (D.I. 842, Filed 1/21/20); and

   i.) Motion of Estrella Resources, L.L.C. d/b/a Star Natural Gas, L.L.C. to Seal in Connection with the Objection to (I) Notice of Rejected Contracts and Leases and (II) Chapter 11 Plan for Southcross Energy Partners L.P. and its Affiliated Debtors (D.I. 844, Filed 1/21/20).

n) Objection by Lisa Bueno Martinez to Chapter 11 Plan (D.I. 843, Filed 1/21/20).

Related Pleadings:

a) Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Notice Procedures (D.I. 674, Filed 11/7/19);

b) Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (SOLICITATION VERSION) (D.I. 675, Filed 11/7/19);

c) Disclosure Statement for Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (SOLICITATION VERSION) (D.I. 677, Filed 11/7/19);

d) First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 764, Filed 12/16/19);

e) Disclosure Statement Supplement for First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 766, Filed 12/16/19);

f) Statement of Ad Hoc Group of Pre- and Postpetition Lenders in Support of the Debtors' First Amended Chapter 11 Plan, Disclosure Statement Supplement, and Motion Seeking Approval of Disclosure Statement Supplement (D.I. 799, Filed 1/3/20);

g) First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 802, Filed 1/6/20);

h) Disclosure Statement Supplement for First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 804, Filed 1/6/20);

i) Order (I) Approving the Debtors' Continued Solicitation of the Amended Chapter 11 Plan, (II) Approving the Adequacy of the Disclosure Statement Supplement in Connection with the Amended Chapter 11 Plan, (III) Establishing Certain Deadlines and Procedures in Connection with Confirmation of the Amended Chapter 11 Plan, and (IV) Granting Related Relief (D.I. 814, Entered 1/7/20);

j) [REDLINE] First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 817, Filed 1/7/20);

k) Disclosure Statement Supplement for First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 818, Filed 1/7/20);

l) Notice of (I) Approval of Disclosure Statement, (II) Deadline for Casting Votes to Accept or Reject the Plan, and (III) the Hearing to Consider Confirmation of the Plan (D.I. 821, Filed 1/7/20);

m) Notice of Filing Plan Supplement to the Debtors' First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 826, Filed 1/9/20);

n) Notice of Filing Amended Plan Supplement to the Debtors' First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 830, Filed 1/14/20);

o) Certification of Leanne V. Rehder Scott with Respect to Tabulation of Votes on Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (**D.I. 858, Filed 1/23/20**);

p) The Debtors' Memorandum of Law in Support of Confirmation of Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (**D.I. 859, Filed 1/23/20**);

q) Declaration of Edgar W. Mosley II in Support of Confirmation of the First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (**D.I. 851, Filed 1/23/20**);

r) Declaration of Robert A. Pacha in Support of Confirmation of the First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (**D.I. 852, Filed 1/23/20**);

s) Notice of Filing of Proposed Order Confirming First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (**D.I. 860, Filed 1/23/20**); and

t) **Notice of Filing Amended Plan Supplement to the Debtors' First Amended Chapter 11 Plan for Southcross Energy Partners, L.P. and its Affiliated Debtors (D.I. 853, Filed 1/23/20).**

Status: **The Debtors have resolved all informal comments and objections. This matter is going forward on an uncontested basis.**

#92843110v1

| | |
|---|---|
| Dated: January **24**, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>***/s/ Joseph C. Barsalona II***<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br><br>- and -<br><br>DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York  10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800<br>marshall.huebner@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br><br>*Counsel for Debtors and Debtors in Possession* |